**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

IN RE: Leanne M. Foster                                                            CHAPTER 13
        Richard A. Foster
                      Debtor(s)                                  BKY. NO. 22-21999 JAD

**ENTRY OF APPEARANCE AND REQUEST FOR NOTICES**

To the Clerk:

      Kindly enter my appearance on behalf of Lakeview Loan Servicing, LLC and index same on the master mailing list.

                                                    Respectfully submitted,

                                                    /s/ **Brian C. Nicholas**
                                                    Brian Nicholas
                                                    06 Sep 2023, 13:28:15, EDT

                              Brian C. Nicholas, Esq. (317240) ☑
                              Denise Carlon, Esq. (317226) ☐
                              KML Law Group, P.C.
                              BNY Mellon Independence Center
                              701 Market Street, Suite 5000
                              Philadelphia, PA 19106
                              412-430-3594
                              bkgroup@kmllawgroup.com