# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re: Richard A. Foster, Leanne M. Foster, | : : : : | Bankruptcy Case No.: 22-21999-JAD Chapter 13 |
| Debtors. | : : | |
| Richard A. Foster, Leanne M. Foster, | : : : : | Document No.: 74 |
| Movant, | : : | Related to Document No.: 73 |
| v. | : : | Related Claim: 34 |
| Lakeview Loan Servicing, LLC | : : : | |
| Respondent. | : : | |

## CERTIFICATE OF SERVICE

I, Maya Rowe, Paralegal, certify under penalty of perjury that I served the forgoing Debtors' Declaration of Sufficient Plan Funding, on October 2, 2023, on the parties on the interested parties listed below:

Brian C. Nicholas
KML Law Group, P.C.
BNY Mellon Independence Center
701 Market Street, Suite 5000
Philadelphia, PA 19106
*Counsel for Creditor*

Nationstar Mortgage, LLC
Bankruptcy Department
PO Box 619096
Dallas, TX 75261-9741

Ronda J. Winnecour, Esquire
Office of Chapter 13 Trustee
3250 USX Tower
600 Grant Street
Pittsburgh, PA 15219

Office of U.S. Trustee
970 Liberty Center
1001 Liberty Avenue
Pittsburgh, PA 15222

Date:  October 2, 2023

By:/s/ Maya Rowe
Maya Rowe, Paralegal
Thompson Law Group, P.C.
125 Warrendale Bayne Road, Suite 200
Warrendale, PA 15086
(724) 799-8404 Telephone
(724) 799-8409 Facsimile
mrowe@thompsonattorney.com