Upstart Network, Inc
PO BOX 1931
Burlingame, CA 94011

UNITED STATES BANKRUPTCY COURT FOR THE
Western District of Pennsylvania

**NOTICE OF WITHDRAWAL**

In re:   RICHARD A FOSTER
LEANNE M FOSTER

CHAPTER 13
CASE NUMBER: 22-21999

TO: Clerk of the Court

Please withdraw claim number 9 in the amount of $11,830.99 on behalf of Upstart Network, Inc.

DATED: 10/30/2023

Upstart Network, Inc

/s/  Larry Yip

Larry Yip
Phone: 628-246-2211
Email: DocumentFiling@lciinc.com