# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re: Richard A. Foster and Leanne M. Foster, | : | Case No. 22-21999-JAD |
| Debtors. | : | Chapter 13 |
| Richard A. Foster, | : | |
| Movant, | : | Document No.: |
| v. | : | |
| | : | Related to Document No.: |
| Vertava Health Ohio/Freedom Healthcare LLC, | : | |
| Respondent. | : | |

## CERTIFICATE OF SERVICE

I, Matthew Gillespie, Paralegal, certify under penalty of perjury that I served the Wage Attachment Order and Notification of Debtor's Social Security Number on Debtor's employer at the address listed below on December 27, 2023, via first class mail postage prepaid:

**Vertava Health Ohio/Freedom Healthcare, LLC**
**ATTN: Payroll Department**
**2650 Lodge Road SW**
**Sherrodsville, OH 44675**

Executed on:    December 27, 2023

/s/Brian C. Thompson, Esquire
Signature of Chapter 13 Trustee or Attorney for Debtor

Brian C. Thompson, Esquire
Typed Name of Chapter 13 Trustee or Attorney for Debtor

125 Warrendale-Bayne Road, Suite 200, Warrendale, PA 15086
Address of Chapter 13 Trustee or Attorney for Debtor

(724) 799-8404    Pa. I.D. #91197
Phone No. and Pa. I.D. No. of Chapter 13 Trustee or Attorney for Debtor