IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re: | Chapter 13 |
| RICHARD A. FOSTER AND LEANNE M. FOSTER, | Case No. 22-21999-JAD |
| | Related to ECF No. 88 |
| Debtors | |
| COMMONWEALTH OF PENNSYLVANIA, DEPARTMENT OF REVENUE, | |
| Movant, | |
| v. | |
| NO RESPONDENT(S) | |

## ORDER OF COURT

AND NOW, this 5th day of January 2024, upon the consideration of the *Joint Motion to Withdraw the Appearance of Jenna A. Ratica and Enter the Appearance of Brenda S. Bishop*, it is hereby ORDERED, ADJUDGED AND DECREED, that:

1. The Motion is GRANTED; and

2. The appearance of Jenna A. Ratica as counsel of record is WITHDRAWN; and

3. The appearance of Brenda S. Bishop is ENTERED as counsel of record for the Commonwealth of Pennsylvania, Department of Revenue.

JEFFERY A. DELLER  jah
United States Bankruptcy Judge

.

FILED
1/5/24 10:47 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 22-21999-JAD |
| Richard A. Foster | Chapter 13 |
| Leanne M. Foster | |
|     Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-2 | User: auto | Page 1 of 2 |
| Date Rcvd: Jan 05, 2024 | Form ID: pdf900 | Total Noticed: 2 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 07, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Richard A. Foster, Leanne M. Foster, 315 E. Hazelcroft Avenue, New Castle, PA 16105-2177 |
| | + | Jenna Anne Ratica, Strawberry Square, 15th Floor, Harrisburg, PA 17120-0001 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 07, 2024          Signature:       /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 5, 2024 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Brenda Sue Bishop | |
| | on behalf of Creditor Commonwealth of Pennsylvania Department of Revenue Bureau of Compliance bbishop@attorneygeneral.gov |
| Brian Nicholas | |
| | on behalf of Creditor Lakeview Loan Servicing  LLC bnicholas@kmllawgroup.com |
| Brian C. Thompson | |
| | on behalf of Debtor Richard A. Foster bthompson@ThompsonAttorney.com blemon@thompsonattorney.com;bthompson@ecf.courtdrive.com;mgillespie@thompsonattorney.com;kfinke@thompsonattorney.com;mrowe@thompsonattorney.com;thompson.brianr111424@notify.bestcase.com |
| Brian C. Thompson | |
| | on behalf of Joint Debtor Leanne M. Foster bthompson@ThompsonAttorney.com |

| | | |
|---|---|---|
| District/off: 0315-2 | User: auto | Page 2 of 2 |
| Date Rcvd: Jan 05, 2024 | Form ID: pdf900 | Total Noticed: 2 |

blemon@thompsonattorney.com;bthompson@ecf.courtdrive.com;mgillespie@thompsonattorney.com;kfinke@thompsonattorney.com;mrowe@thompsonattorney.com;thompson.brianr111424@notify.bestcase.com

Jenna Anne Ratica

on behalf of Creditor Commonwealth of Pennsylvania Department of Revenue Bureau of Compliance jratica@attorneygeneral.gov

Lauren Moyer

on behalf of Creditor SN Servicing Corporation as servicer for U.S. Bank Trust National Association as Trustee of Dwelling Series IV Trust bkecf@friedmanvartolo.com, bankruptcy@friedmanvartolo.com

Mario J. Hanyon

on behalf of Creditor Lakeview Loan Servicing  LLC enote vesting-- Nationstar Mortgage LLC wbecf@brockandscott.com, mario.hanyon@brockandscott.com

Office of the United States Trustee

ustpregion03.pi.ecf@usdoj.gov

Ronda J. Winnecour

cmecf@chapter13trusteewdpa.com

TOTAL: 9