FILED
11/12/24 12:38 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re: Richard A. Foster, | : | Bankruptcy No.: 22-21999-JAD |
| Leanne M. Foster, | : | |
| | : | Chapter 13 |
| Debtors. | : | |
| _____ | : | |
| Richard A. Foster, | : | |
| Leanne M. Foster, | : | |
| | : | Document No.: 112 |
| Movants, | : | |
| | : | Related to Document No.: 56 |
| v. | : | |
| | : | Related to Claim No.: 32, 34 |
| Ronda J Winnecour, | : | |
| | : | |
| Chapter 13 Trustee | : | |

**STIPULATED ORDER MODIFYING PLAN**

**WHEREAS**, this matter is being presented to the Court regarding

❏ a motion to dismiss case or certificate of default requesting dismissal

❏ a plan modification sought by: _____

❏ a motion to lift stay
as to creditor _____

☒ Other: Notice of Mortgage Payment Changes filed by U.S. Bank Trust National Association, as Trustee of Dwelling Series IV Trust, at claim number 32. Notice of Mortgage Payment Changes filed by Lakeview Loan Servicing, LLC enote vesting – Nationstar Mortgage LLC at claim number 34.

**WHEREAS**, the parties having agreed to settle the matter above conditioned on the terms herein, based on the records of the Court, and the Court being otherwise sufficiently advised in the premises; and there being no adverse impact upon other parties by way of this action, thus no notice is required to be given; now therefore

**IT IS HEREBY ORDERED** that the

-1-

☐    Chapter 13 Plan
☒    Amended Chapter 13 Plan dated March 28, 2023

is modified as follows:

☒    Debtor(s) Plan payments shall be changed from **$5,498.00** to **$5,649.00** per month, effective December 1, 2024;                                                               .

☐    In the event that Debtor(s) fail(s) to make any future Chapter 13 Plan payments, the Trustee or a party in interest may file with the Court and serve upon Debtor(s) and Debtor(s)' Counsel a notice of default advising the Debtor(s) that they have 30 days from the service of the notice in which to cure any and all defaults in payments. If Debtor(s) fail(s) to cure the defaults in payments after having been provided notice under the provision of this Stipulated Order, then the Trustee or a party in interest may submit an Order of Dismissal to the Bankruptcy Court along with an affidavit attesting to a failure to make Plan payments, and the proceedings or case may thereafter be dismissed without prejudice and without further hearing or notice.

☐    Debtor(s) shall file and serve _____ on or before _____.

☐    If any of the foregoing is not completed by the date specified, the case may be dismissed without prejudice without further notice or hearing upon the filing by the Trustee of an Affidavit of Non-Compliance.

☐    If any of the foregoing is not completed by the date specified, the automatic stay as to the property described as_____ _____ may be lifted without further notice or hearing upon the filing by the Creditor herein of an Affidavit of Non-Compliance.

☒    Other:  This order incorporates and implements all Notice of Payment changes filed to date at claim number 32.

    **IT IS FURTHER ORDERED** that to the extent any creditor opposes the relief contained herein, such creditor must file an objection to the same within fourteen (14) days hereof. Should such an objection be timely filed, the Court shall conduct a *de novo* hearing regarding the appropriateness of this Stipulated Order. Should no objection be timely filed, this Stipulated Order shall be deemed final without further notice and/or opportunity for a hearing.

    **IT IS FURTHER ORDERED** that in all other respects, the Plan and Order Confirming Plan shall remain in full force and effect.

**SO ORDERED**, this  12th  day of _____November_____, 2024

_____
jsf
United States Bankruptcy Judge
JEFFERY A. DELLER

Stipulated by:

/s/ *Brian C. Thompson*, Esquire
Brian C. Thompson
PA ID: 91197
Thompson Law Group, P.C.
301 Smith Drive, Suite 6
Cranberry Township, PA 16066
(724) 799-8404 Telephone
(724) 799-8409 Facsimile
bthompson@thompsonattorney.com


Stipulated by:

/s/*James C. Warmbrodt*, Esquire
James C. Warmbrodt
PA ID: 42524
Attorney for Chapter 13 Trustee
U.S. Steel Tower, Suite 3250
600 Grant Street
Pittsburgh, PA 15219
412-471-5566
jwarmbrodt@chapter13trusteewdpa.com


cc:   All Parties in Interest to be served by Clerk

-3-

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 22-21999-JAD |
| Richard A. Foster | Chapter 13 |
| Leanne M. Foster | |
| Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-2 | User: auto | Page 1 of 5 |
| Date Rcvd: Nov 12, 2024 | Form ID: pdf900 | Total Noticed: 78 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^    Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 14, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Richard A. Foster, Leanne M. Foster, 315 E. Hazelcroft Avenue, New Castle, PA 16105-2177 |
| cr | + | Lakeview Loan Servicing, LLC enote vesting-- Natio, 8950 Cypress Waters Boulevard, Coppell, TX 75019-4620 |
| 15524035 | + | Elizur, 9800A McKnight Road, Pittsburgh, PA 15237-6032 |
| 15524042 | + | Health Care Solutions, PO Box 690397, Orlando, FL 32869-0397 |
| 16443936 | + | Lakeview Loan Servicing, LLC, 7515 Irvine Center Drive, Irvine, CA 92618-2930 |

TOTAL: 5

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Nov 13 2024 03:25:00 | Commonwealth of Pennsylvania Department of Revenue, Dept. 280946, P.O. Box 280946, ATTN:BANKRUPTCY DIVISION, Harrisburg, PA 17128-0946 |
| cr | + | Email/PDF: acg.acg.ebn@aisinfo.com | Nov 13 2024 03:37:57 | Exeter Finance LLC, c/o AIS Portfolio Services, LL, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| cr | | Email/Text: JCAP_BNC_Notices@jcap.com | Nov 13 2024 03:26:00 | Jefferson Capital Systems, LLC, PO Box 7999, St Cloud, MN 5632-9617 |
| cr | + | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Nov 13 2024 03:49:54 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| cr | ^ | MEBN | Nov 13 2024 03:26:02 | SN Servicing Corporation as servicer for U.S. Bank, Friedman Vartolo LLP, 1325 Franklin Avenue Suite 160, Garden City, NY 11530-1631 |
| 15524017 | + | Email/Text: melindaf@aasdebtrecoveryinc.com | Nov 13 2024 03:25:00 | Aas Debt Rec, Pob 129, Monroeville, PA 15146-0129 |
| 15524018 | + | Email/Text: bankruptcy@rentacenter.com | Nov 13 2024 03:26:00 | AcceptanceNOW, Attn: Bankruptcy, 5501 Headquarters Drive, Plano, TX 75024-5837 |
| 15524019 | + | Email/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM | Nov 13 2024 03:25:00 | AmeriCredit/GM Financial, Attn: Bankruptcy, Po Box 183853, Arlington, TX 76096-3853 |
| 15524031 | | Email/Text: cfcbackoffice@contfinco.com | Nov 13 2024 03:25:00 | Continental Finance Company, Attn: Bankruptcy, Po Box 8099, Newark, DE 19714 |
| 15527733 | | Email/PDF: MerrickBKNotifications@Resurgent.com | Nov 13 2024 03:37:55 | CW Nexus Credit Card Holdings l, LLC, Resurgent Capital Services, PO Box 10368, Greenville, SC 29603-0368 |
| 15524020 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Nov 13 2024 03:38:53 | Capital One, Attn: Bnakruptcy, P.O. Box 30285, Salt Lake City, UT 84130-0285 |
| 15524021 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Nov 13 2024 03:38:16 | Capital One, Po Box 31293, Salt Lake City, UT 84131-0293 |

| Recip ID | | Notice Type | Date/Time | Recipient |
|---|---|---|---|---|
| 15549125 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Nov 13 2024 03:38:16 | Capital One N.A., by American InfoSource as agent, PO Box 71083, Charlotte, NC 28272-1083 |
| 15524022 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Nov 13 2024 03:37:56 | Capital One NA, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 15524023 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Nov 13 2024 04:02:30 | Capital One/Menards, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 15524024 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Nov 13 2024 03:50:43 | Cbna, Attn: Bankruptcy, P.O. Box 6497, Sioux Falls, SD 57117-6497 |
| 15524026 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Nov 13 2024 03:50:02 | Citibank, Attn: Bankruptcy, P.O. Box 790034, St Louis, MO 63179-0034 |
| 15553550 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Nov 13 2024 03:49:45 | Citibank, N.A., 5800 S Corporate Pl, Sioux Falls, SD 57108-5027 |
| 15524027 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Nov 13 2024 03:37:56 | Citibank/The Home Depot, Citicorp Credit Srvs/Centralized Bk dept, Po Box 790034, St Louis, MO 63179-0034 |
| 15524028 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Nov 13 2024 03:25:00 | Comenity Bank/Bealls Florida, Attn: Bankruptcy, Po Box 182125, Columbus, OH 43218-2125 |
| 15524029 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Nov 13 2024 03:25:00 | Comenity Bank/Overstock, Attn: Bankruptcy, Po Box 182125, Columbus, OH 43218-2125 |
| 15524030 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Nov 13 2024 03:25:00 | ComenityBank/Venus, Attn: Bankruptcy, Po Box 182125, Columbus, OH 43218-2125 |
| 15524032 | + | Email/Text: ebnnotifications@creditacceptance.com | Nov 13 2024 03:25:00 | Credit Acceptance, Attn: Bankruptcy, 25505 West 12 Mile Road Ste 3000, Southfield, MI 48034-8331 |
| 15524045 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Nov 13 2024 03:38:22 | Macys/fdsb, Attn: Bankruptcy, 9111 Duke Boulevard, Mason, OH 45040 |
| 15524033 | + | Email/Text: ElectronicBkyDocs@nelnet.studentaid.gov | Nov 13 2024 03:26:00 | Dept Of Ed/582/nelnet, Attn: Bankruptcy Claims/Nelnet, Po Box 82505, Lincoln, NE 68501-2505 |
| 15524034 | + | Email/Text: mrdiscen@discover.com | Nov 13 2024 03:25:00 | Discover Financial, Attn: Bankruptcy, Po Box 3025, New Albany, OH 43054-3025 |
| 15563397 | + | Email/Text: ECMCBKNotices@ecmc.org | Nov 13 2024 03:25:00 | ECMC, PO Box 16408, St Paul, MN 55116-0408 |
| 15528987 | + | Email/PDF: acg.exeter.ebn@aisinfo.com | Nov 13 2024 03:50:17 | Exeter Finance LLC, PO Box 650693, Dallas, TX 75265-0693 |
| 15524036 | + | Email/PDF: acg.exeter.ebn@aisinfo.com | Nov 13 2024 03:50:41 | Exeter Finance LLC, Attn: Bankruptcy, Po Box 166008, Irving, TX 75016-6008 |
| 15524037 | | Email/Text: BNSFN@capitalsvcs.com | Nov 13 2024 03:25:00 | First National Bank/Legacy, Attn: Bankruptcy, Po Box 5097, Sioux Falls, SD 57117 |
| 15524039 | | Email/Text: bk@freedomfinancialnetwork.com | Nov 13 2024 03:25:00 | Freedom Plus, Attn: Bankruptcy, Po Box 2340, Phoenix, AZ 85002 |
| 15545784 | | Email/PDF: MerrickBKNotifications@Resurgent.com | Nov 13 2024 03:37:49 | Fair Square Financial LLC, Resurgent Capital Services, PO Box 10368, Greenville, SC 29603-0368 |
| 15524038 | + | Email/PDF: ais.fpc.ebn@aisinfo.com | Nov 13 2024 03:37:53 | First Premier Bank, Attn: Bankruptcy, Po Box 5524, Sioux Falls, SD 57117-5524 |
| 15524040 | + | Email/PDF: ais.fpc.ebn@aisinfo.com | Nov 13 2024 03:38:20 | Fst Premier, Attn: Bk department, Po Box 5524, Sioux Falls, SD 57117-5524 |
| 15524041 | + | Email/Text: GenesisFS@ebn.phinsolutions.com | Nov 13 2024 03:26:00 | Genesis Financial, Genesis FS Card Services, Po Box 4477, Beaverton, OR 97076-4401 |
| 15524043 | + | Email/Text: sbse.cio.bnc.mail@irs.gov | Nov 13 2024 03:25:00 | Internal Revenue Service, PO Box 7346, Philadelphia, PA 19101-7346 |

Case 22-21999-JAD   Doc 114   Filed 11/14/24   Entered 11/15/24 00:38:35   Desc
Imaged Certificate of Notice   Page 6 of 8

| District/off: 0315-2 | User: auto | Page 3 of 5 |
|---|---|---|
| Date Rcvd: Nov 12, 2024 | Form ID: pdf900 | Total Noticed: 78 |

| Recipient ID | | Notice Method | Date/Time | Name and Address |
|---|---|---|---|---|
| 15555350 | | Email/Text: JCAP_BNC_Notices@jcap.com | Nov 13 2024 03:26:00 | Jefferson Capital Systems LLC, Po Box 7999, Saint Cloud MN 56302-9617 |
| 15524025 | | Email/PDF: ais.chase.ebn@aisinfo.com | Nov 13 2024 03:37:49 | Chase Card Services, Attn: Bankruptcy, P.O. 15298, Wilmington, DE 19850 |
| 15524044 | + | Email/Text: PBNCNotifications@peritusservices.com | Nov 13 2024 03:25:00 | Kohls/Capital One, Attn: Credit Administrator, Po Box 3043, Milwaukee, WI 53201-3043 |
| 15525903 | | Email/PDF: resurgentbknotifications@resurgent.com | Nov 13 2024 03:38:49 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 15525423 | | Email/PDF: resurgentbknotifications@resurgent.com | Nov 13 2024 03:38:46 | LVNV Funding, LLC c/o Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 15555616 | + | Email/Text: nsm_bk_notices@mrcooper.com | Nov 13 2024 03:25:00 | Lakeview Loan Servicing, LLC, c/o Nationstar Mortgage, LLC, Bankruptcy Department, PO Box 619096, Dallas, TX 75261-9096 |
| 15524046 | + | Email/Text: bankruptcy@sccompanies.com | Nov 13 2024 03:26:00 | Midnight Velvet, Attn: Bankruptcy, 1112 7th Avenue, Monroe, WI 53566-1364 |
| 15524047 | + | Email/Text: nsm_bk_notices@mrcooper.com | Nov 13 2024 03:25:00 | Mrc/united Wholesale M, Attn: Bankruptcy, P. O. Box 619098, Dallas, TX 75261-9098 |
| 15524048 | + | Email/Text: ElectronicBkyDocs@nelnet.studentaid.gov | Nov 13 2024 03:26:00 | Nelnet, Attn: Bankruptcy Claims, Po Box 82505, Lincoln, NE 68501-2505 |
| 15524049 | + | Email/PDF: MerrickBKNotifications@Resurgent.com | Nov 13 2024 03:38:14 | Ollo Card Services, Attn: Bankruptcy, Po Box 9222, Old Bethpage, NY 11804-9222 |
| 15555169 | + | Email/Text: RVSVCBICNOTICE1@state.pa.us | Nov 13 2024 03:25:00 | PA Department of Revenue, Bankruptcy Division, PO Box 280946, Harrisburg, PA 17128-0946 |
| 15553486 | | Email/Text: bnc-quantum@quantum3group.com | Nov 13 2024 03:25:00 | Quantum3 Group LLC as agent for, Comenity Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 15553487 | | Email/Text: bnc-quantum@quantum3group.com | Nov 13 2024 03:25:00 | Quantum3 Group LLC as agent for, Comenity Capital Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 15555620 | | Email/Text: bnc-quantum@quantum3group.com | Nov 13 2024 03:25:00 | Quantum3 Group LLC as agent for, Velocity Investments LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 16444047 | + | Email/PDF: resurgentbknotifications@resurgent.com | Nov 13 2024 03:38:24 | Resurgent Receivables LLC, PO Box 10587, Greenville, SC 29603-0587 |
| 15524050 | | Email/Text: bknotices@snsc.com | Nov 13 2024 03:26:00 | SN Servicing Corporation, 323 5th Street, Eureka, CA 95501 |
| 15524051 | + | Email/Text: heather.morgan@ssmhealth.com | Nov 13 2024 03:25:00 | SSM Health, PO Box 411997, Saint Louis, MO 63141 |
| 15524052 | | Email/Text: amieg@stcol.com | Nov 13 2024 03:25:00 | State Collection Service, Inc., 2509 S. Stoughton Rd., Madison, WI 53716 |
| 15524053 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Nov 13 2024 03:37:53 | Syncb/ebay, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 15524418 | ^ | MEBN | Nov 13 2024 03:28:15 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 15524054 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Nov 13 2024 03:38:43 | Synchrony Bank/Amazon, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 15524055 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Nov 13 2024 03:38:16 | Synchrony Bank/JCPenney, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 15524056 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Nov 13 2024 03:38:16 | Synchrony Bank/TJX, Attn: Bankruptcy, Po Box 965064, Orlando, FL 32896-5064 |
| 15553434 | + | Email/Text: bncmail@w-legal.com | Nov 13 2024 03:26:00 | TD Bank USA, N.A., C O WEINSTEIN & |

| District/off: 0315-2 | User: auto | Page 4 of 5 |
|---|---|---|
| Date Rcvd: Nov 12, 2024 | Form ID: pdf900 | Total Noticed: 78 |

| | | | | |
|---|---|---|---|---|
| | | | | RILEY, PS, 2001 WESTERN AVENUE, STE 400, SEATTLE, WA 98121-3132 |
| 15524057 | + | Email/Text: bncmail@w-legal.com | Nov 13 2024 03:25:00 | Target Nb, C/O Financial & Retail Services, Mailstop BT PO Box 9475, Minneapolis, MN 55440-9475 |
| 15524058 | + | Email/Text: jill.locnikar@usdoj.gov | Nov 13 2024 03:25:00 | U.S. Attorneys Office, Western District of PA, 4000 U.S. Post Office & Courthouse, 700 Grant Street, Pittsburgh, PA 15219-1906 |
| 15555297 | ^ | MEBN | Nov 13 2024 03:24:13 | U.S. Bank Trust National Association, as Trustee of Dwelling Series IV Trust, c/o SN Servicing Corporation, 323 Fifth Street, Eureka, CA 95501-0305 |
| 15524059 | | Email/Text: bknotice@upgrade.com | Nov 13 2024 03:25:00 | Upgrade, Inc., Attn: Bankruptcy, 275 Battery Street 23rd Floor, San Francisco, CA 94111 |
| 15555240 | | Email/Text: BNCnotices@dcmservices.com | Nov 13 2024 03:25:00 | UPMC HEALTH SERVICES, PO BOX 1123, MINNEAPOLIS, MN 55440-1123 |
| 15524060 | ^ | MEBN | Nov 13 2024 03:24:25 | UPMC Health Services, PO Box 371472, Pittsburgh, PA 15250-7472 |
| 15555239 | | Email/Text: BNCnotices@dcmservices.com | Nov 13 2024 03:25:00 | UPMC PHYSICIAN SERVICES, PO BOX 1123, MINNEAPOLIS, MN 55440-1123 |
| 15524063 | + | Email/Text: RPSBankruptcyBNCNotification@usbank.com | Nov 13 2024 03:26:00 | US Bank/RMS, Attn: Bankruptcy, Po Box 5229, Cincinnati, OH 45201-5229 |
| 15528006 | + | Email/Text: ElectronicBkyDocs@nelnet.studentaid.gov | Nov 13 2024 03:26:00 | US Department of Education c/o Nelnet, 121 South 13th Street, Lincoln, NE 68508-1904 |
| 15524061 | + | Email/Text: LCI@upstart.com | Nov 13 2024 03:25:00 | Upstart, Upstart Operations/ Attn:Bankruptcy, Po Box 1503, San Carlos, CA 94070-7503 |
| 15524062 | + | Email/Text: LCI@upstart.com | Nov 13 2024 03:25:00 | Upstart Finance, Attn: Bankruptcy, Po Box 1503, San Carlos, CA 94070-7503 |
| 15527503 | ^ | MEBN | Nov 13 2024 03:25:46 | Upstart Network, Inc, PO BOX 1931, Burlingame, CA 94011-1931 |
| 15553478 | | Email/PDF: ebn_ais@aisinfo.com | Nov 13 2024 03:38:22 | Verizon, by American InfoSource as agent, PO Box 4457, Houston, TX 77210-4457 |

TOTAL: 73

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | Lakeview Loan Servicing, LLC |
| cr | | Upstart Network, Inc |
| cr | *+ | Resurgent Receivables LLC, PO Box 10587, Greenville, SC 29603-0587 |
| cr | *+ | Upstart Network, Inc, P O Box 1931, Burlingame, CA 94011-1931 |
| 16444049 | *+ | Resurgent Receivables LLC, PO Box 10587, Greenville, SC 29603-0587 |

TOTAL: 2 Undeliverable, 3 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains

**the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 14, 2024                      Signature:        /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 12, 2024 at the address(es) listed below:**

| **Name** | **Email Address** |
| --- | --- |
| Brenda Sue Bishop | on behalf of Creditor Commonwealth of Pennsylvania Department of Revenue Bureau of Compliance bbishop@attorneygeneral.gov |
| Brian C. Thompson | on behalf of Joint Debtor Leanne M. Foster bthompson@ThompsonAttorney.com blemon@thompsonattorney.com;bthompson@ecf.courtdrive.com;mgillespie@thompsonattorney.com;kfinke@thompsonattorney.com;mrowe@thompsonattorney.com;thompson.brianr111424@notify.bestcase.com |
| Brian C. Thompson | on behalf of Debtor Richard A. Foster bthompson@ThompsonAttorney.com blemon@thompsonattorney.com;bthompson@ecf.courtdrive.com;mgillespie@thompsonattorney.com;kfinke@thompsonattorney.com;mrowe@thompsonattorney.com;thompson.brianr111424@notify.bestcase.com |
| Denise Carlon | on behalf of Creditor Lakeview Loan Servicing LLC dcarlon@kmllawgroup.com |
| Lauren Moyer | on behalf of Creditor SN Servicing Corporation as servicer for U.S. Bank Trust National Association as Trustee of Dwelling Series IV Trust bkecf@friedmanvartolo.com, bankruptcy@friedmanvartolo.com |
| Mario J. Hanyon | on behalf of Creditor Lakeview Loan Servicing LLC enote vesting-- Nationstar Mortgage LLC wbecf@brockandscott.com, mario.hanyon@brockandscott.com |
| Mario J. Hanyon | on behalf of Creditor Lakeview Loan Servicing LLC wbecf@brockandscott.com, mario.hanyon@brockandscott.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Ronda J. Winnecour | cmecf@chapter13trusteewdpa.com |

TOTAL: 9