# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re: Richard A. Foster, Leanne M. Foster, | : : : : : | Bankruptcy Case No.: 22-21999-JAD  Chapter 13 |
| Debtors. | : : | |
| Richard A. Foster, Leanne M. Foster, | : : : | Document No.: 119  Related to Document No.: |
| Movant, | : : | Related Claim: 32 |
| v. | : : | |
| U.S. Bank Trust National Association, as Trustee of Dwelling Series IV Trust, | : : : : | |
| Respondent. | : | |

**DEBTORS' DECLARATION OF SUFFICIENT PLAN FUNDING**

Pursuant with the Notice of Mortgage Payment Change filed on November 15, 2024, after reasonable investigation and upon review of the existing Chapter 13 Plan, it appears to Debtors that the existing Chapter 13 Plan is sufficiently funded to provide for the proposed change for January 1, 2025. Debtors' Plan remains sufficient.

Respectfully Submitted,

Date: November 22, 2024

/s/Brian C. Thompson
Brian C. Thompson, Esquire
Attorney for Debtor
PA I.D. # 91197
Thompson Law Group, P.C.
301 Smith Drive, Suite 6
Cranberry Township, PA 16066
(724) 799-8404 Telephone
(724) 799-8409 Facsimile
bthompson@thompsonattorney.com