# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re: Richard A. Foster, Leanne M. Foster, Debtors. | : : : : : | Bankruptcy Case No.: 22-21999-JAD<br>Chapter 13 |
| Richard A. Foster, Leanne M. Foster, Movant, v. U.S. Bank Trust National Association, as Trustee of Dwelling Series IV Trust, Respondent. | : : : : : : : : : : : : | Document No.: 121<br>Related to Document No.:<br>Related Claim: 32 |

## DEBTORS' DECLARATION OF SUFFICIENT PLAN FUNDING

Pursuant with the Amended Notice of Mortgage Payment Change filed on December 3, 2024, after reasonable investigation and upon review of the existing Chapter 13 Plan, it appears to Debtors that the existing Chapter 13 Plan is sufficiently funded to provide for the proposed change for January 1, 2025. Debtors' Plan remains sufficient.

Respectfully Submitted,

Date: December 9, 2024

/s/Brian C. Thompson
Brian C. Thompson, Esquire
Attorney for Debtor
PA I.D. # 91197
Thompson Law Group, P.C.
301 Smith Drive, Suite 6
Cranberry Township, PA 16066
(724) 799-8404 Telephone
(724) 799-8409 Facsimile
bthompson@thompsonattorney.com