## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re: Richard A. Foster, Leanne M. Foster, | : : : : | Bankruptcy Case No.: 22-21999-JAD Chapter 13 |
| Debtors. | : : | |
| Richard A. Foster, Leanne M. Foster, | : : : | Document No.: 135 |
| | : | Related to Document No.: 134 |
| Movant, | : : | Related Claim: 32 |
| v. | : : | |
| U.S. Bank Trust National Association, as Trustee for Pad Series IV Trust, | : : : : | |
| Respondent. | : | |

### CERTIFICATE OF SERVICE

I, Maya Rowe, Paralegal, certify under penalty of perjury that I served the forgoing Debtors' Declaration of Sufficient Plan Funding, on May 23, 2025, on the parties on the interested parties listed below:

SN Servicing Corporation
323 Fifth Street
Eureka, CA 95501

Lauren Moyer, Esq.
*Attorney for Creditor*
Friedman Vartolo LLP
1325 Franklin Avenue, Suite 160
Garden City, New York 11530

Ronda J. Winnecour, Esquire
Office of Chapter 13 Trustee
3250 USX Tower
600 Grant Street
Pittsburgh, PA 15219

Office of U.S. Trustee
970 Liberty Center
1001 Liberty Avenue
Pittsburgh, PA 15222

Date: May 23, 2025

By: /s/ Maya Rowe
Maya Rowe, Paralegal
Thompson Law Group, P.C.
301 Smith Drive, Suite 6
Cranberry Township, PA 16066
(724) 799-8404 Telephone
(724) 799-8409 Facsimile
mrowe@thompsonattorney.com