**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

08/27/2025

IN RE:

RICHARD A. FOSTER
LEANNE M. FOSTER
315 E. HAZELCROFT AVENUE
NEW CASTLE, PA 16105
XXX-XX-4331         Debtor(s)

XXX-XX-0855

Case No. 22-21999 JAD

Chapter 13

## AMENDED NOTICE OF CLAIMS FILED AND INTENTION TO PAY CLAIMS

NOTICE IS HEREBY GIVEN of claims filed and the intention of the Chapter 13 Trustee to pay the claims of creditors named below, in the amounts* and manner authorized by the terms and provisions of the confirmed Chapter 13 Plan, the order confirming the Plan, and applicable rules.

This Notice is filed as a courtesy, to inform all parties of the claims the Trustee has found in the case.  This Notice does not seek authorization to pay claims, as that authorization already exists in the form of plan terms, applicable rules, and confirmation orders.  Any party who objects to the allowance of a filed claim must file a formal objection to the claim itself, NOT an objection to this Notice.

This Notice should not be construed as altering the deadlines for filing objections to proofs of claim, as contained in the Federal Rules of Bankruptcy Procedure, the confirmed Chapter 13 Plan, or the order confirming the Chapter 13 Plan.  Pursuant to 11 U.S.C. § 502 (a), the claims which have been filed as stated above will be deemed allowed for purposes of distribution and shall be paid unless the debtor or other party in interest has timely objected to the claim, and provided notice of the objection to the Trustee, prior to the claim being paid by the Trustee.

The following claim information is derived from one or more of the following sources: the debtor(s)' Chapter 13 Plan, proofs of claim, and the order confirming the plan. The list does not include claims which have been disallowed, withdrawn, or claims not provided for in the Chapter 13 Plan for which proofs of claim have not been filed.  Some of the claims listed on the following pages may have already been fully or partially paid by the Trustee.  To determine whether or not any payments have already been disbursed on a claim, please consult the Trustee's web site at www.13network.com.

*Unless the Chapter 13 Plan provides for a 100% payment of unsecured claims and is adequately funded to pay 100% the actual percentage dividend which will be paid to the holders of allowed unsecured claims is not presently known.

In accordance with the provisions of the Chapter 13 Plan and local rules, the amount and percentage dividend to which unsecured creditors are entitled will be determined during the Trustee's final audit of this case. An adjustment of the percentage to be paid to the unsecured creditors will be performed after the Trustee has calculated the actual amount of funds available for distribution to unsecured creditors, after determining the amounts needed to complete payments on the secured and priority claims.  <u>Notwithstanding the fact that the final calculation will not be done until final audit, the Trustee will distribute funds to unsecured creditors, in accordance with the Chapter 13 Plan and Bankruptcy Code priorities, when and as funds allow.</u>

<u>/s/ RONDA J. WINNECOUR</u>
RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

I herein certify that a copy of this notice was served upon the listed creditors of record of this date and the debtor(s) and debtor(s) attorney of record on this date by regular U.S. Mail, postage prepaid, at the address as it appears in the records hereof.

8/27/2025

**/s/Trustee'sAdministrativAssistant**
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

SEE NEXT PAGE FOR CLAIMS

**CLAIM RECORDS**

| Creditor | Trustee Claim # | INT % | Court Claim # | CRED DESC | Account No. | Claim | Comment |
|---|---|---|---|---|---|---|---|
| SYNCHRONY BANK** <br> C/O PRA RECEIVABLES MANAGEMENT LLC <br> PO BOX 41021 <br> NORFOLK, VA  23541 | 1 | 0.00% | | NOTICE ONLY | 1739 | 0.00 | AMAZON/PRAE |
| AIS PORTFOLIO SERVICES (AMERICAN INFO SO <br> ATTN BANKRUPTCY NOTICING <br> 4515 N SANTA FE AVE DEPT APS <br> OKLAHOMA CITY, OK  73118 | 2 | 0.00% | | NOTICE ONLY | | 0.00 | EXETER FNC/PRAE |
| BROCK & SCOTT PLLC* <br> 3825 FORRESTGATE DR <br> WINSTON SALEM, NC  27103 | 3 | 0.00% | | NOTICE ONLY | | 0.00 | NATIONSTAR MORT/PRAE |
| CREDIT ACCEPTANCE CORP* <br> ATTN: BANKRUPTCY DEPT* <br> 25505 W 12 MILE RD STE 3000* <br> SOUTHFIELD, MI  48034-8339 | 4 | 4.00% | 1 | VEHICLE | 0803 | 14,578.83 | $/CL-PL@4%/PL |
| EXETER FINANCE LLC(*) <br> PO BOX 650598 <br> DALLAS, TX  75265-0598 | 5 | 4.00% | 13 | VEHICLE | 3870 | 15,764.86 | $/CL-PL@4%/PL |
| LAKEVIEW LOAN SERVICING LLC <br> C/O RUSHMORE SERVICING <br> PO BOX 619094 <br> DALLAS, TX  75261-9741 | 6 | 0.00% | 34 | MORTGAGE REGULAR PAYMEN | 0728 | 0.00 | PMT/DECLAR*DKT4PMT-LMT*1077/CL-PL*BGN 11/22 |
| US BANK TRUST NA - TRUSTEE ET AL <br> C/O SN SERVICING(*) <br> 323 5TH ST* <br> EUREKA, CA  95501 | 7 | 0.00% | 32 | MORTGAGE REGULAR PAYMEN | 5783 | 0.00 | PMT/DCLAR*SN SERVICING/PL*DKT4LMT*BGN 11/22*POA*DOC 130 |
| INTERNAL REVENUE SERVICE* <br> CENTRALIZED INSOLVENCY-TRUSTEE REMITS <br> PO BOX 7317 <br> PHILADELPHIA, PA  19101-7317 | 8 | 0.00% | 12 | PRIORITY CREDITOR | 4331 | 9,117.76 | CL12GOV*$0@0%/PL*17/SCH-PL |
| FIRST COMMONWEALTH BANK** <br> C/O AAS DEBT RECOVERY INC <br> POB 129* <br> MONROEVILLE, PA  15146 | 9 | 0.00% | | UNSECURED CREDITOR | 8003 | 0.00 | NO$/SCH |
| ACCEPTANCE NOW <br> 5501 HEADQUARTERS DR <br> PLANO, TX  75024 | 10 | 0.00% | | UNSECURED CREDITOR | 5533 | 0.00 | NO$/SCH |

| Creditor | Trustee Claim / Court Claim | Claim / Comment | Cred Desc / Account |
|---|---|---|---|
| **AMERICREDIT FINANCIAL SVCS INC DBA GM FIN**<br>PO BOX 183853<br><br>ARLINGTON, TX 76096 | Trustee Claim Number: 11   INT %: 0.00%<br>Court Claim Number:<br><br>CLAIM: 0.00<br>COMMENT: LEASE/SCH | | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 6786 |
| **CAPITAL ONE BANK USA NA**<br>PO BOX 30281<br><br>SALT LAKE CITY, UT 84130 | Trustee Claim Number: 12   INT %: 0.00%<br>Court Claim Number:<br><br>CLAIM: 0.00<br>COMMENT: NT ADR/SCH | | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 0001 |
| **CAPITAL ONE BANK USA NA**<br>PO BOX 30281<br><br>SALT LAKE CITY, UT 84130 | Trustee Claim Number: 13   INT %: 0.00%<br>Court Claim Number:<br><br>CLAIM: 0.00<br>COMMENT: NT ADR/SCH | | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 4659 |
| **CAPITAL ONE BANK USA NA**<br>PO BOX 30281<br><br>SALT LAKE CITY, UT 84130 | Trustee Claim Number: 14   INT %: 0.00%<br>Court Claim Number:<br><br>CLAIM: 0.00<br>COMMENT: NT ADR/SCH | | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 3660 |
| **CAPITAL ONE BANK USA NA**<br>PO BOX 30281<br><br>SALT LAKE CITY, UT 84130 | Trustee Claim Number: 15   INT %: 0.00%<br>Court Claim Number:<br><br>CLAIM: 0.00<br>COMMENT: NT ADR~NO$/SCH | | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 2990 |
| **CAPITAL ONE BANK USA NA**<br>PO BOX 30281<br><br>SALT LAKE CITY, UT 84130 | Trustee Claim Number: 16   INT %: 0.00%<br>Court Claim Number:<br><br>CLAIM: 0.00<br>COMMENT: NT ADR~NO$/SCH | | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 2288 |
| **CAPITAL ONE BANK USA NA**<br>PO BOX 30281<br><br>SALT LAKE CITY, UT 84130 | Trustee Claim Number: 17   INT %: 0.00%<br>Court Claim Number:<br><br>CLAIM: 0.00<br>COMMENT: NT ADR~NO$/SCH | | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 7037 |
| **CAPITAL ONE BANK USA NA**<br>PO BOX 30281<br><br>SALT LAKE CITY, UT 84130 | Trustee Claim Number: 18   INT %: 0.00%<br>Court Claim Number:<br><br>CLAIM: 0.00<br>COMMENT: NT ADR/SCH | | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 3891 |
| **LVNV FUNDING LLC**<br>C/O RESURGENT CAPITAL SVCS<br>PO BOX 10587<br>GREENVILLE, SC 29603-0587 | Trustee Claim Number: 19   INT %: 0.00%<br>Court Claim Number: 17<br><br>CLAIM: 0.00<br>COMMENT: DISALLOWED/DOE*1702.30/CL*CAP 1/MENARDS*DKT | | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 7999 |
| **CAPITAL ONE BANK (USA) NA BY AMERICAN INF**<br>PO BOX 71083<br><br>CHARLOTTE, NC 28272-1083 | Trustee Claim Number: 20   INT %: 0.00%<br>Court Claim Number: 18<br><br>CLAIM: 614.81<br>COMMENT: MENARDS*NO PAYMENT EVER*OPENED 2022 | | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 9406 |

| Creditor | Trustee Claim / Court Claim | Claim / Comment | Cred Desc / Account |
|---|---|---|---|
| **CITIBANK NA\*\***<br>6716 GRADE LN BLDG 9 STE 910-PY DEPT<br>LOUISVILLE, KY 40213-3439 | Trustee Claim Number: 21   INT %: 0.00%<br>Court Claim Number: 27<br>CLAIM: 1,347.11<br>COMMENT: WAYFAIR | | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 0840 |
| **CHASE CARD SERVICES\*\***<br>PO BOX 15298<br>WILMINGTON, DE 19850 | Trustee Claim Number: 22   INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: | | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 3811 |
| **CITIBANK\*\***<br>POB 6241<br>SIOUX FALLS, SD 57117-6214 | Trustee Claim Number: 23   INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: NT ADR/SCH | | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 7526 |
| **CITIBANK\*\***<br>POB 6241<br>SIOUX FALLS, SD 57117-6214 | Trustee Claim Number: 24   INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: NT ADR~THD/SCH | | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 1802 |
| **COMENITY BANK++**<br>PO BOX 182272<br>COLUMBUS, OH 43218 | Trustee Claim Number: 25   INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: NT ADR~NO$~BEALLS/SCH | | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 6152 |
| **COMENITY BANK++**<br>PO BOX 182272<br>COLUMBUS, OH 43218 | Trustee Claim Number: 26   INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: NT ADR~OVERSTOCK/SCH | | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 8040 |
| **QUANTUM3 GROUP LLC - AGENT FOR COMENIT**<br>C/O QUANTUM3 GROUP LLC<br>PO BOX 2489<br>KIRKLAND, WA 98083-2489 | Trustee Claim Number: 27   INT %: 0.00%<br>Court Claim Number: 25<br>CLAIM: 657.46<br>COMMENT: OVERSTOCK | | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 4650 |
| **QUANTUM3 GROUP LLC - AGENT FOR COMENIT**<br>PO BOX 2489<br>KIRKLAND, WA 98083-2489 | Trustee Claim Number: 28   INT %: 0.00%<br>Court Claim Number: 24<br>CLAIM: 855.39<br>COMMENT: VENUS | | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 5870 |
| **QUANTUM3 GROUP LLC - AGENT FOR COMENIT**<br>PO BOX 2489<br>KIRKLAND, WA 98083-2489 | Trustee Claim Number: 29   INT %: 0.00%<br>Court Claim Number: 26<br>CLAIM: 838.60<br>COMMENT: VENUS | | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 6167 |
| **CONTINENTAL FINANCE**<br>POB 8099<br>NEWARK, DE 19714 | Trustee Claim Number: 30   INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: | | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 1731 |

| Creditor | Trustee Claim / Court Claim | Claim / Comment | Cred Desc / Account |
|---|---|---|---|
| US DEPARTMENT OF EDUCATION<br>C/O NELNET<br>PO BOX 2837<br>PORTLAND, OR 97208 | Trustee Claim Number: 31  INT %: 0.00%<br>Court Claim Number: 11 | CLAIM: 15,000.00<br>COMMENT: $/PL-CONFOE@SPECIAL CLASS*286,657.64/CL*8655/SCH*ALSO SCHED@CID 32-35 | CRED DESC: UNSECURED  (S)<br>ACCOUNT NO.: 0855 |
| DEPARTMENT OF EDUCATION/NELNET<br>ATTN: CLAIMS<br>PO BOX 82505<br>LINCOLN, NE 68501 | Trustee Claim Number: 32  INT %: 0.00%<br>Court Claim Number: | CLAIM: 0.00<br>COMMENT: CLM@CID 31 | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 4655 |
| DEPARTMENT OF EDUCATION/NELNET<br>ATTN: CLAIMS<br>PO BOX 82505<br>LINCOLN, NE 68501 | Trustee Claim Number: 33  INT %: 0.00%<br>Court Claim Number: | CLAIM: 0.00<br>COMMENT: CLM@CID 31 | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 7455 |
| DEPARTMENT OF EDUCATION/NELNET<br>ATTN: CLAIMS<br>PO BOX 82505<br>LINCOLN, NE 68501 | Trustee Claim Number: 34  INT %: 0.00%<br>Court Claim Number: | CLAIM: 0.00<br>COMMENT: CLM@CID 31 | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 3455 |
| DEPARTMENT OF EDUCATION/NELNET<br>ATTN: CLAIMS<br>PO BOX 82505<br>LINCOLN, NE 68501 | Trustee Claim Number: 35  INT %: 0.00%<br>Court Claim Number: | CLAIM: 0.00<br>COMMENT: CLM@CID 31 | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 4155 |
| DISCOVER BANK(*)<br>C/O DISCOVER PRODUCTS INC<br>PO BOX 3025<br>NEW ALBANY, OH 43054-3025 | Trustee Claim Number: 36  INT %: 0.00%<br>Court Claim Number: | CLAIM: 0.00<br>COMMENT: | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 0959 |
| DISCOVER BANK(*)<br>C/O DISCOVER PRODUCTS INC<br>PO BOX 3025<br>NEW ALBANY, OH 43054-3025 | Trustee Claim Number: 37  INT %: 0.00%<br>Court Claim Number: | CLAIM: 0.00<br>COMMENT: | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 3478 |
| DISCOVER BANK(*)<br>C/O DISCOVER PRODUCTS INC<br>PO BOX 3025<br>NEW ALBANY, OH 43054-3025 | Trustee Claim Number: 38  INT %: 0.00%<br>Court Claim Number: | CLAIM: 0.00<br>COMMENT: NO$/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 7939 |
| DISCOVER BANK(*)<br>C/O DISCOVER PRODUCTS INC<br>PO BOX 3025<br>NEW ALBANY, OH 43054-3025 | Trustee Claim Number: 39  INT %: 0.00%<br>Court Claim Number: | CLAIM: 0.00<br>COMMENT: NO$/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 8185 |
| DISCOVER BANK(*)<br>C/O DISCOVER PRODUCTS INC<br>PO BOX 3025<br>NEW ALBANY, OH 43054-3025 | Trustee Claim Number: 40  INT %: 0.00%<br>Court Claim Number: | CLAIM: 0.00<br>COMMENT: NO$/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 7549 |

| Creditor | Trustee Claim | Court Claim | INT % | CRED DESC | Account No. | Claim | Comment |
|---|---|---|---|---|---|---|---|
| ELIZUR CORP<br>9800B MCKNIGHT RD<br>PITTSBURGH, PA 15237 | 41 | | 0.00% | UNSECURED CREDITOR | | 0.00 | |
| FIRST NATIONAL BANK<br>POB 6000<br>BROOKINGS, SD 57006 | 42 | | 0.00% | UNSECURED CREDITOR | 8929 | 0.00 | NT ADR~LEGACY/SCH |
| FIRST PREMIER BANK<br>POB 5114<br>SIOUX FALLS, SD 57117 | 43 | | 0.00% | UNSECURED CREDITOR | 1273 | 0.00 | NT ADR~NO$/SCH |
| FREEDOM PLUS<br>1875 SOUTH GRANT ST STE 450<br>SAN MATEO, CA 94402 | 44 | | 0.00% | UNSECURED CREDITOR | 8922 | 0.00 | NT ADR/SCH |
| FIRST PREMIER BANK<br>POB 5114<br>SIOUX FALLS, SD 57117 | 45 | | 0.00% | UNSECURED CREDITOR | 8110 | 0.00 | NT ADR~NO$/SCH |
| GENESIS FS CARD SERVICES<br>PO BOX 4480<br>BEAVERTON, OR 97076 | 46 | | 0.00% | UNSECURED CREDITOR | 5429 | 0.00 | NT ADR/SCH |
| HEALTH CARE SOLUTIONS<br>PO BOX 690397<br>ORLANDO, FL 32869 | 47 | 16 | 0.00% | UNSECURED CREDITOR | 4706 | 293.97 | NO POD |
| KOHLS DEPARTMENT STORE<br>C/O CREDITORS BANKRUPTCY SVC*<br>PO BOX 800849<br>DALLAS, TX 75380 | 48 | | 0.00% | UNSECURED CREDITOR | 9674 | 0.00 | NT ADR~NO$~CAP 1/SCH |
| DEPARTMENT STORES NATIONAL BANK/MACYS<br>C/O TSYS DEBT MGMT INC<br>PO BOX 137<br>COLUMBUS, GA 31902-0137 | 49 | | 0.00% | UNSECURED CREDITOR | 2260 | 0.00 | NT ADR/SCH |
| DEPARTMENT STORES NATIONAL BANK/MACYS<br>C/O TSYS DEBT MGMT INC<br>PO BOX 137<br>COLUMBUS, GA 31902-0137 | 50 | | 0.00% | UNSECURED CREDITOR | 8669 | 0.00 | NT ADR/SCH |

| Creditor | Trustee Claim # | INT % | Court Claim # | Claim | Comment | Cred Desc | Account No. |
|---|---|---|---|---|---|---|---|
| **DEPARTMENT STORES NATIONAL BANK/MACYS**<br>C/O TSYS DEBT MGMT INC<br>PO BOX 137<br>COLUMBUS, GA 31902-0137 | 51 | 0.00% | | 0.00 | NT ADR/SCH | UNSECURED CREDITOR | 1608 |
| **MIDNIGHT VELVET**<br>C/O CREDITORS BANKRUPTCY SERVICE*<br>PO BOX 800849<br>DALLAS, TX 75380 | 52 | 0.00% | | 0.00 | NT ADR/SCH | UNSECURED CREDITOR | 092O |
| **ECMC(*)**<br>LOCKBOX #8682<br>PO BOX 16478<br>ST PAUL, MN 55116-0478 | 53 | 0.00% | 36-2 | 21,581.12 | X7249/SCH*NO$/SCH*AMD*TIMELY | UNSECURED CREDITOR | 0855 |
| **RESURGENT RECEIVABLES LLC**<br>C/O RESURGENT CAPITAL SERVICES<br>PO BOX 10587<br>GREENVILLE, SC 29603-0587 | 54 | 0.00% | 15 | 1,788.53 | TBOM*FR FAIR SQUARE*DOC 106 | UNSECURED CREDITOR | 5390 |
| **RESURGENT RECEIVABLES LLC**<br>C/O RESURGENT CAPITAL SERVICES<br>PO BOX 10587<br>GREENVILLE, SC 29603-0587 | 55 | 0.00% | 14 | 1,151.01 | TBOM*FR FAIR SQUARE*DOC 105 | UNSECURED CREDITOR | 9267 |
| **SSM HEALTH**<br>PO BOX 411997<br>ST LOUIS, MO 63141 | 56 | 0.00% | | 0.00 | | UNSECURED CREDITOR | |
| **STATE COLLECTION SERVICE INC**<br>2509 S STOUGHTON RD<br>PO BOX 6250<br>MADISON, WI 53701 | 57 | 0.00% | | 0.00 | NO$/SCH | UNSECURED CREDITOR | |
| **SYNCHRONY BANK****<br>C/O PRA RECEIVABLES MANAGEMENT LLC<br>PO BOX 41021<br>NORFOLK, VA 23541 | 58 | 0.00% | | 0.00 | NT ADR~EBAY/SCH | UNSECURED CREDITOR | 5757 |
| **LVNV FUNDING LLC**<br>C/O RESURGENT CAPITAL SVCS<br>PO BOX 10587<br>GREENVILLE, SC 29603-0587 | 59 | 0.00% | 20 | 629.41 | SYNCHRONY*AMAZON | UNSECURED CREDITOR | 8681 |
| **LVNV FUNDING LLC**<br>C/O RESURGENT CAPITAL SVCS<br>PO BOX 10587<br>GREENVILLE, SC 29603-0587 | 60 | 0.00% | 19 | 429.09 | SYNCHRONY*JCP | UNSECURED CREDITOR | 9585 |

| Creditor | Trustee Claim / Court Claim / Claim / Comment | Cred Desc / Account No. |
|---|---|---|
| **SYNCHRONY BANK**** <br> C/O PRA RECEIVABLES MANAGEMENT LLC <br> PO BOX 41021 <br><br> NORFOLK, VA  23541 | Trustee Claim Number: 61   INT %: 0.00% <br> Court Claim Number: <br> CLAIM: 0.00 <br> COMMENT: NT ADR~TJX/SCH | CRED DESC: UNSECURED CREDITOR <br> ACCOUNT NO.: 0980 |
| **TARGET** <br> PO BOX 660170 <br><br> DALLAS, TX  75266 | Trustee Claim Number: 62   INT %: 0.00% <br> Court Claim Number: <br> CLAIM: 0.00 <br> COMMENT: NT ADR/SCH | CRED DESC: UNSECURED CREDITOR <br> ACCOUNT NO.: 8978 |
| **TARGET** <br> PO BOX 660170 <br><br> DALLAS, TX  75266 | Trustee Claim Number: 63   INT %: 0.00% <br> Court Claim Number: <br> CLAIM: 0.00 <br> COMMENT: NT ADR/SCH | CRED DESC: UNSECURED CREDITOR <br> ACCOUNT NO.: 7866 |
| **TD BANK USA NA**** <br> C/O WEINSTEIN & RILEY PS(*) <br> PO BOX 93024 <br><br> LAS VEGAS, NV  89193-3024 | Trustee Claim Number: 64   INT %: 0.00% <br> Court Claim Number: 21 <br> CLAIM: 401.55 <br> COMMENT: | CRED DESC: UNSECURED CREDITOR <br> ACCOUNT NO.: 3304 |
| **TD BANK USA NA**** <br> C/O WEINSTEIN & RILEY PS(*) <br> PO BOX 93024 <br><br> LAS VEGAS, NV  89193-3024 | Trustee Claim Number: 65   INT %: 0.00% <br> Court Claim Number: 22 <br> CLAIM: 205.22 <br> COMMENT: OPENED 2/2022*NO PAYMENTS EVER | CRED DESC: UNSECURED CREDITOR <br> ACCOUNT NO.: 1187 |
| **LVNV FUNDING LLC** <br> C/O RESURGENT CAPITAL SVCS <br> PO BOX 10587 <br><br> GREENVILLE, SC  29603-0587 | Trustee Claim Number: 66   INT %: 0.00% <br> Court Claim Number: 28-2 <br> CLAIM: 5,542.23 <br> COMMENT: UPGRADE/WEBBANK*AMD*DK | CRED DESC: UNSECURED CREDITOR <br> ACCOUNT NO.: 1385 |
| **UPMC HEALTH SERVICES** <br> C/O DCM SERVICES/BANKRUPTCY <br> PO BOX 1123 <br><br> MINNEAPOLIS, MN  55440 | Trustee Claim Number: 67   INT %: 0.00% <br> Court Claim Number: 31 <br> CLAIM: 1,446.18 <br> COMMENT: NO$/SCH | CRED DESC: UNSECURED CREDITOR <br> ACCOUNT NO.: 4331 |
| **UPMC PHYSICIAN SERVICES** <br> C/O DCM SERVICES/BANKRUPTCY <br> PO BOX 1123 <br><br> MINNEAPOLIS, MN  55440 | Trustee Claim Number: 68   INT %: 0.00% <br> Court Claim Number: 30 <br> CLAIM: 1,227.95 <br> COMMENT: NO$/SCH | CRED DESC: UNSECURED CREDITOR <br> ACCOUNT NO.: 4331 |
| **UPSTART NETWORK** <br> PO BOX 1931 <br><br> BURLINGAME, CA  94011 | Trustee Claim Number: 69   INT %: 0.00% <br> Court Claim Number: 9 <br> CLAIM: 0.00 <br> COMMENT: CL9:$11,830.99~W/DRWN@DOC 39, DOC 75*DK | CRED DESC: UNSECURED CREDITOR <br> ACCOUNT NO.: 9658 |
| **UPSTART NETWORK** <br> PO BOX 1931 <br><br> BURLINGAME, CA  94011 | Trustee Claim Number: 70   INT %: 0.00% <br> Court Claim Number: 7 <br> CLAIM: 14,325.32 <br> COMMENT: | CRED DESC: UNSECURED CREDITOR <br> ACCOUNT NO.: 1519 |

| Creditor | Trustee Claim / Court Claim / Claim / Comment | Cred Desc / Account |
|---|---|---|
| **UPSTART NETWORK**<br>PO BOX 1931<br><br>BURLINGAME, CA 94011 | Trustee Claim Number: 71   INT %: 0.00%<br>Court Claim Number: 8<br>CLAIM: 9,445.92<br>COMMENT: | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 6676 |
| **US BANK NA\*\***<br>PO BOX 5229<br><br>CINCINNATI, OH 45201 | Trustee Claim Number: 72   INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: NO$/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 3618 |
| **LVNV FUNDING LLC**<br>C/O RESURGENT CAPITAL SVCS<br>PO BOX 10587<br>GREENVILLE, SC 29603-0587 | Trustee Claim Number: 73   INT %: 0.00%<br>Court Claim Number: 6<br>CLAIM: 976.77<br>COMMENT: NT/SCH\*COMENITY/PAYPAL | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 9944 |
| **LVNV FUNDING LLC**<br>C/O RESURGENT CAPITAL SVCS<br>PO BOX 10587<br>GREENVILLE, SC 29603-0587 | Trustee Claim Number: 74   INT %: 0.00%<br>Court Claim Number: 5<br>CLAIM: 15,489.38<br>COMMENT: NT/SCH\*WEBBANK/LENDING CLUB | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 8321 |
| **LVNV FUNDING LLC**<br>C/O RESURGENT CAPITAL SVCS<br>PO BOX 10587<br>GREENVILLE, SC 29603-0587 | Trustee Claim Number: 75   INT %: 0.00%<br>Court Claim Number: 4<br>CLAIM: 9,967.08<br>COMMENT: NT/SCH\*WEBBANK/LENDING CLUB | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 6363 |
| **LVNV FUNDING LLC**<br>C/O RESURGENT CAPITAL SVCS<br>PO BOX 10587<br>GREENVILLE, SC 29603-0587 | Trustee Claim Number: 76   INT %: 0.00%<br>Court Claim Number: 3<br>CLAIM: 651.22<br>COMMENT: NT/SCH\*CREDIT 1 | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 9206 |
| **LVNV FUNDING LLC**<br>C/O RESURGENT CAPITAL SVCS<br>PO BOX 10587<br>GREENVILLE, SC 29603-0587 | Trustee Claim Number: 77   INT %: 0.00%<br>Court Claim Number: 2<br>CLAIM: 926.57<br>COMMENT: NT/SCH\*STERLING JEWLERS/KAY | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 8414 |
| **CW NEXUS CREDIT CARD HOLDINGS I LLC**<br>C/O RESURGENT CAPITAL SERVICES<br>PO BOX 10368<br>GREENVILLE, SC 29603 | Trustee Claim Number: 78   INT %: 0.00%<br>Court Claim Number: 10-2<br>CLAIM: 1,657.18<br>COMMENT: NT/SCH\*MERRICK BANK\*AMD | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 2742 |
| **INTERNAL REVENUE SERVICE\***<br>CENTRALIZED INSOLVENCY-TRUSTEE REMITS<br>PO BOX 7317<br>PHILADELPHIA, PA 19101-7317 | Trustee Claim Number: 79   INT %: 0.00%<br>Court Claim Number: 12<br>CLAIM: 2,124.75<br>COMMENT: NO GEN UNS/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 4331 |
| **US BANK TRUST NA - TRUSTEE ET AL**<br>C/O SN SERVICING(\*)<br>323 5TH ST\*<br>EUREKA, CA 95501 | Trustee Claim Number: 80   INT %: 0.00%<br>Court Claim Number: 32<br>CLAIM: 4,897.69<br>COMMENT: CL32GOV\*4,460.25/PL@SN SERVICING\*THRU 10/22\*POA\*DOC 130 | CRED DESC: MORTGAGE ARR.<br>ACCOUNT NO.: 5783 |

| Creditor | Claim Info | Description |
|---|---|---|
| **LAKEVIEW LOAN SERVICING LLC**<br>C/O RUSHMORE SERVICING<br>PO BOX 619094<br>DALLAS, TX 75261-9741 | Trustee Claim Number: 81   INT %: 0.00%<br>Court Claim Number: 34<br>CLAIM: 9,440.86<br>COMMENT: $/CL-PL*THRU 10/22*FR NATNSTAR*DOC 103 | CRED DESC: MORTGAGE ARR.<br>ACCOUNT NO.: 0728 |
| **FRIEDMAN VARTOLO LLP**<br>1325 FRANKLIN AVE STE 160<br>GARDEN CITY, NY 11530 | Trustee Claim Number: 82   INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: @OBJ/CONF | CRED DESC: NOTICE ONLY<br>ACCOUNT NO.: |
| **HEALTH CARE SOLUTIONS**<br>PO BOX 690397<br>ORLANDO, FL 32869 | Trustee Claim Number: 83   INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: | CRED DESC: NOTICE ONLY<br>ACCOUNT NO.: |
| **VERIZON BY AMERICAN INFOSOURCE AS AGEN**<br>PO BOX 4457<br>HOUSTON, TX 77210-4457 | Trustee Claim Number: 84   INT %: 0.00%<br>Court Claim Number: 23<br>CLAIM: 161.82<br>COMMENT: NT/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 0001 |
| **PA DEPARTMENT OF REVENUE\***<br>BANKRUPTCY DIVISION<br>PO BOX 280946<br>HARRISBURG, PA 17128-0946 | Trustee Claim Number: 85   INT %: 0.00%<br>Court Claim Number: 29-2<br>CLAIM: 19,442.71<br>COMMENT: CL29GOV@$13,427.09*NT/SCH-PL*AMD | CRED DESC: PRIORITY CREDITOR<br>ACCOUNT NO.: 4331 |
| **PA DEPARTMENT OF REVENUE\***<br>BANKRUPTCY DIVISION<br>PO BOX 280946<br>HARRISBURG, PA 17128-0946 | Trustee Claim Number: 86   INT %: 0.00%<br>Court Claim Number: 29-2<br>CLAIM: 5,030.23<br>COMMENT: NT/SCH*AMD | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 4331 |
| **JEFFERSON CAPITAL SYSTEMS LLC\***<br>PO BOX 772813<br>CHICAGO, IL 60677-2813 | Trustee Claim Number: 87   INT %: 0.00%<br>Court Claim Number: 33<br>CLAIM: 0.00<br>COMMENT: NT/SCH*LENDING USA/CROSS RIVER BANK*CL33:$13,265.50~W/D*DOC 37, 136 | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 7678 |
| **QUANTUM3 GROUP LLC - AGENT FOR VELOCITY**<br>C/O QUANTUM3 GROUP LLC<br>PO BOX 2489<br>KIRKLAND, WA 98083-2489 | Trustee Claim Number: 88   INT %: 0.00%<br>Court Claim Number: 35<br>CLAIM: 0.00<br>COMMENT: DISALLOWED/DOE*11830.99/CL*SCH@69*UPSTART NETWORK*DKT | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 9658 |