# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: Richard A. Foster, and, Leanne M. Foster, | : | Bankruptcy No. 22-21999-JAD |
| | : | |
| Debtors. | : | Chapter 13 |
| | : | |
| Richard A. Foster, and, Leanne M. Foster, | : | |
| | : | Document No.: 151 |
| Movants, | : | |
| | : | Related Document No.: 148 |
| v. | : | |
| | : | |
| No Respondent, | : | Hearing Date and Time: |
| | : | December 9, 2025, at 11:00 a.m. |
| Respondent. | : | |

**EXHIBIT 2 -VERIFIED STATEMENT**

IN THE UNITED STATES BANKRUPTCY COURT FOR
THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: Richard A. Foster, and, Leanne M. Foster, | : | Bankruptcy No. 22-21999-JAD |
| | : | |
| Debtors. | : | Chapter 13 |
| _____ | : | |
| Richard A. Foster, and, Leanne M. Foster, | : | |
| | : | Document No.: |
| Movants, | : | |
| | : | Related Document No.: |
| v. | : | |
| | : | |
| No Respondent, | : | |
| | : | |
| Respondent. | : | |

## **VERIFICATION PURSUANT TO RULE 2014**

I, Keri Thomas, and Keller Williams Steel City Realty, do hereby verify under penalty of perjury that we have no connection to or with the Debtor(s), creditors or any other party(ies) in interest, her respective attorneys and accounts, the United States Trustee, or any person employed in the office of the United States Trustee, other than as disclosed in the attached application.

Executed on: 11/12/2025

*Keri Thomas*
dotloop verified
11/12/25 9:49 AM EST
QUPR-PHNC-VP3U-CZXA

Keri Thomas, Realtor
Real Estate State License # RS322625
Keller Williams Steel City Realty
1001 Village Run Road, Suite 200
Wexford, PA 15090