IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: Richard A. Foster, and, Leanne M. Foster, | : | Bankruptcy No. 22-21999-JAD |
| | : | |
| | : | Chapter 13 |
| Debtors. | : | |
| | : | |
| Richard A. Foster, and, Leanne M. Foster, | : | Document No.: 159 |
| | : | |
| | : | Related Document No.: 148, 149, 151 |
| Movants, | : | |
| | : | |
| v. | : | **Hearing Date and Time:** |
| | : | December 9, 2025, at 11:00 a.m. |
| No Respondent, | : | |
| | : | |
| Respondent. | : | |

**CERTIFICATION OF NO OBJECTION REGARDING
APPLICATION TO APPROVE EMPLOYMENT OF REALTOR FOR THE SALE OF
DEBTOR'S PROPERTY**

The undersigned hereby certifies that, as of the date hereof, no answer, objection or other responsive pleading to the Amended Application filed on November 12, 2025, at Document No. 148 have been received. The undersigned further certifies that the Court's docket in this case has been reviewed and no answer, objection or other responsive pleading to the Objections appear thereon. Pursuant to the Notice Setting Hearing and Response Deadline at Document No. 149, Objections were to be filed and served no later than November 29, 2025.

It is hereby respectfully requested that the Proposed Order filed as an Exhibit attached to Application recorded at Document No. 148 be entered by the Court.

Date: December 1, 2025

/s/ Brian C. Thompson
Brian C. Thompson, Esquire
Attorney for Debtor(s)
PA ID No. 91197
THOMPSON LAW GROUP, P.C.
301 Smith Drive, Suite 6
Cranberry Township, PA 16066
(724) 799-8404 Telephone
(724) 799-8409 Facsimile
bthompson@thompsonattorney.com