| Information to identify the case: | | |
|---|---|---|
| Debtor 1: | Richard A. Foster<br>First Name    Middle Name    Last Name | Social Security number or ITIN:  xxx–xx–4331<br>EIN:  __-_____ |
| Debtor 2:<br>(Spouse, if filing) | Leanne M. Foster<br>First Name    Middle Name    Last Name | Social Security number or ITIN:  xxx–xx–0855<br>EIN:  __-_____ |
| United States Bankruptcy Court: WESTERN DISTRICT OF PENNSYLVANIA | | Date case filed in chapter:  13    10/10/22 |
| Case number: 22–21999–JAD | | Date case converted to chapter:  7    1/20/26 |

## Official Form 309B (For Individuals or Joint Debtors)
### Notice of Chapter 7 Bankruptcy Case –– Proof of Claim Deadline Set                    10/20

**For the debtors listed above, a case has been filed under chapter 7 of the Bankruptcy Code. An order for relief has been entered.**

**This notice has important information about the case for creditors, debtors, and trustees, including information about the meeting of creditors and deadlines. Read both pages carefully.**

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtors or the debtors' property. For example, while the stay is in effect, creditors cannot sue, garnish wages, assert a deficiency, repossess property, or otherwise try to collect from the debtors. Creditors cannot demand repayment from debtors by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although debtors can ask the court to extend or impose a stay.

The debtors are seeking a discharge. Creditors who assert that the debtors are not entitled to a discharge of any debts or who want to have a particular debt excepted from discharge may be required to file a complaint in the bankruptcy clerk's office within the deadlines specified in this notice. (See line 9 for more information.)

To protect your rights, consult an attorney. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below or through PACER (Public Access to Court Electronic Records at https://pacer.uscourts.gov).

**The staff of the bankruptcy clerk's office cannot give legal advice.**

**To help creditors correctly identify debtors, debtors submit full Social Security or Individual Taxpayer Identification Numbers, which may appear on a version of this notice. However, the full numbers must not appear on any document filed with the court.**

**Do not file this notice with any proof of claim or other filing in the case. Do not include more than the last four digits of a Social Security or Individual Taxpayer Identification Number in any document, including attachments, that you file with the court.**

| | | About Debtor 1: | About Debtor 2: |
|---|---|---|---|
| 1. | **Debtor's full name** | Richard A. Foster | Leanne M. Foster |
| 2. | **All other names used in the last 8 years** | | |
| 3. | **Address** | 315 E. Hazelcroft Avenue<br>New Castle, PA 16105 | 315 E. Hazelcroft Avenue<br>New Castle, PA 16105 |
| 4. | **Debtor's attorney**<br>Name and address | Brian C. Thompson<br>Thompson Law Group , PC<br>301 Smith Drive<br>Suite 6<br>Cranberry Township, PA 16066 | Contact phone 724–799–8404<br><br>Email: bthompson@ThompsonAttorney.com |
| 5. | **Bankruptcy trustee**<br>Name and address | Charles O. Zebley Jr.<br>P.O. Box 2124<br>Uniontown, PA 15401 | Contact phone 724–439–9200<br><br>Email: COZ@Zeblaw.com |

**For more information, see page 2 >**

Official Form 309B (For Individuals or Joint Debtors) **Notice of Chapter 7 Bankruptcy Case –– Proof of Claim Deadline Set**                    page **1**

| | | |
|---|---|---|
| **6. Bankruptcy clerk's office**<br><br>Documents in this case may be filed at this address. You may inspect all records filed in this case at this office or online at https://pacer.uscourts.gov. | U.S. Bankruptcy Court<br>5414 U.S. Steel Tower<br>600 Grant Street<br>Pittsburgh, PA 15219 | Hours open:<br>Mon. – Fri. Pittsburgh Office: 9:00a.m. – 4:30p.m. Erie Office: 9:00a.m. – 4:30p.m.<br><br>Contact phone 412–644–2700<br><br>Date: 1/20/26 |
| **7. Meeting of creditors**<br><br>Debtors must attend the meeting to be questioned under oath. In a joint case, both spouses must attend. Creditors may attend, but are not required to do so. | **March 13, 2026 at 12:30 PM**<br><br>The meeting may be continued or adjourned to a later date. If so, the date will be on the court docket. | Location:<br><br>**Zoom video meeting. Go to Zoom.us/join, Enter Meeting ID 711 101 8337, and Passcode 6931919247, call 1–412–543–8294**<br><br>For additional information, go to: https://www.justice.gov/ust/moc |
| **8.       Presumption of abuse**<br><br>If the presumption of abuse arises, you may have the right to file a motion to dismiss the case under 11 U.S.C. § 707(b). Debtors may rebut the presumption by showing special circumstances. | The presumption of abuse does not arise. | |
| **9. Deadlines**<br><br>The bankruptcy clerk's office must receive these documents and any required filing fee by the following deadlines. | **File by the deadline to object to discharge or to challenge whether certain debts are dischargeable:**<br><br>**You must file a complaint:**<br>• if you assert that the debtor is not entitled to receive a discharge of any debts under any of the subdivisions of 11 U.S.C. § 727(a)(2) through (7), or<br>• if you want to have a debt excepted from discharge under 11 U.S.C § 523(a)(2), (4) or (6).<br><br>**You must file a motion:**<br>• if you assert that the discharge should be denied under § 727(a)(8) or (9). | **Filing deadline: 5/12/26** |
| | **Deadline for all creditors to file a proof of claim (except governmental units):** | **Filing deadline: 3/31/26** |
| | **Deadline for governmental units to file a proof of claim:** | **Filing deadline: 4/8/23** |
| | **Deadlines for filing proof of claim:**<br>A proof of claim is a signed statement describing a creditor's claim. A proof of claim form may be obtained at www.uscourts.gov or any bankruptcy clerk's office. If you do not file a proof of claim by the deadline, you might not be paid on your claim. To be paid, you must file a proof of claim even if your claim is listed in the schedules that the debtor filed.<br>Secured creditors retain rights in their collateral regardless of whether they file a proof of claim. Filing a proof of claim submits the creditor to the jurisdiction of the bankruptcy court, with consequences a lawyer can explain. For example, a secured creditor who files a proof of claim may surrender important nonmonetary rights, including the right to a jury trial. | |
| | **Deadline to object to exemptions:**<br>The law permits debtors to keep certain property as exempt. If you believe that the law does not authorize an exemption claimed, you may file an objection. | **Filing deadline:** 30 days after the *conclusion* of the meeting of creditors |
| **10. Creditors with a foreign address** | If you are a creditor receiving a notice mailed to a foreign address, you may file a motion asking the court to extend the deadlines in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case. | |
| **11. Liquidation of the debtor's property and payment of creditors' claims** | The bankruptcy trustee listed on the front of this notice will collect and sell the debtor's property that is not exempt. If the trustee can collect enough money, creditors may be paid some or all of the debts owed to them in the order specified by the Bankruptcy Code. To ensure you receive any share of that money, you must file a proof of claim as described above. | |
| **12. Exempt property** | The law allows debtors to keep certain property as exempt. Fully exempt property will not be sold and distributed to creditors. Debtors must file a list of property claimed as exempt. You may inspect that list at the bankruptcy clerk's office or online at https://pacer.uscourts.gov. If you believe that the law does not authorize an exemption that the debtors claim, you may file an objection. The bankruptcy clerk's office must receive the objection by the deadline to object to exemptions in line 9. | |

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 22-21999-JAD |
| Richard A. Foster | Chapter 7 |
| Leanne M. Foster | |
|     Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-2 | User: auto | Page 1 of 6 |
| Date Rcvd: Jan 20, 2026 | Form ID: 309B | Total Noticed: 90 |

The following symbols are used throughout this certificate:
**Symbol**      **Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^      Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 22, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Richard A. Foster, Leanne M. Foster, 315 E. Hazelcroft Avenue, New Castle, PA 16105-2177 |
| aty | + | Andrew L. Spivack, Brock & Scott, PLLC, 302 Fellowship Road, Suite 130, Mount Laurel, NJ 08054-1218 |
| aty | + | Brenda Sue Bishop, Office of Attorney General, Financial Enforcement Section, 15th Fl., Strawberry Square, 4th & Walnut Street Harrisburg, PA 17120-0001 |
| aty | + | Denise Carlon, KML Law Group, P.C., 701 Market Street, Suite 5000, Philadelphia, PA 19106-1541 |
| aty | + | Lauren Moyer, Friedman Vartolo, LLP, 1325 Franklin Ave, Suite 160, Garden City, NY 11530-1631 |
| aty | + | Mario J. Hanyon, Brock & Scott, PLLC, 302 Fellowship Road, Suite 130, Mount Laurel, NJ 08054-1218 |
| r | + | Keri Thomas, Keller Williams Steel City Realty, 1001 Village Run Road, Suite 200, Wexford, PA 15090-8605 |
| cr | + | Lakeview Loan Servicing, LLC enote vesting-- Natio, 8950 Cypress Waters Boulevard, Coppell, TX 75019-4620 |
| 15524035 | + | Elizur, 9800A McKnight Road, Pittsburgh, PA 15237-6032 |
| 15524042 | + | Health Care Solutions, PO Box 690397, Orlando, FL 32869-0397 |
| 16443936 | + | Lakeview Loan Servicing, LLC, 7515 Irvine Center Drive, Irvine, CA 92618-2913 |

TOTAL: 11

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| aty | | Email/Text: bthompson@ThompsonAttorney.com | Jan 21 2026 04:14:00 | Brian C. Thompson, Thompson Law Group, PC, 301 Smith Drive, Suite 6, Cranberry Township, PA 16066 |
| tr | ^ | MEBN | Jan 21 2026 04:05:52 | Charles O. Zebley, Jr., P.O. Box 2124, Uniontown, PA 15401-1724 |
| smg | | EDI: PENNDEPTREV | Jan 21 2026 09:04:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| smg | | EDI: PENNDEPTREV | Jan 21 2026 09:04:00 | Pennsylvania Dept. of Revenue, Department 280946, P.O. Box 280946, ATTN: BANKRUPTCY DIVISION, Harrisburg, PA 17128-0946 |
| ust | + | Email/Text: ustpregion03.pi.ecf@usdoj.gov | Jan 21 2026 04:14:00 | Office of the United States Trustee, 1000 Liberty Avenue, Suite 1316, Pittsburgh, PA 15222-4013 |
| cr | | EDI: PENNDEPTREV | Jan 21 2026 09:04:00 | Commonwealth of Pennsylvania Department of Revenue, Dept. 280946, P.O. Box 280946, ATTN:BANKRUPTCY DIVISION, Harrisburg, PA 17128-0946 |
| cr | + | EDI: AISACG.COM | Jan 21 2026 09:04:00 | Exeter Finance LLC, c/o AIS Portfolio Services, LL, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| cr | | EDI: JEFFERSONCAP.COM | Jan 21 2026 09:04:00 | Jefferson Capital Systems, LLC, PO Box 7999, St Cloud, MN 5632-9617 |
| cr | + | EDI: PRA.COM | Jan 21 2026 09:04:00 | PRA Receivables Management, LLC, PO Box |

| | | | | |
|---|---|---|---|---|
| cr | ^ | MEBN | | 41021, Norfolk, VA 23541-1021 |
| | | | Jan 21 2026 04:05:41 | SN Servicing Corporation as servicer for U.S. Bank, Friedman Vartolo LLP, 1325 Franklin Avenue Suite 160, Garden City, NY 11530-1631 |
| 15524017 | + | Email/Text: melindaf@aasdebtrecoveryinc.com | Jan 21 2026 04:14:00 | Aas Debt Rec, Pob 129, Monroeville, PA 15146-0129 |
| 15524018 | + | Email/Text: bankruptcy@rentacenter.com | Jan 21 2026 04:15:00 | AcceptanceNOW, Attn: Bankruptcy, 5501 Headquarters Drive, Plano, TX 75024-5837 |
| 15524019 | + | EDI: PHINAMERI.COM | Jan 21 2026 09:04:00 | AmeriCredit/GM Financial, Attn: Bankruptcy, Po Box 183853, Arlington, TX 76096-3853 |
| 15524031 | | Email/Text: cfcbackoffice@contfinco.com | Jan 21 2026 04:14:00 | Continental Finance Company, Attn: Bankruptcy, Po Box 8099, Newark, DE 19714 |
| 15527733 | | Email/PDF: MerrickBKNotifications@Resurgent.com | Jan 21 2026 04:26:07 | CW Nexus Credit Card Holdings l, LLC, Resurgent Capital Services, PO Box 10368, Greenville, SC 29603-0368 |
| 15524020 | + | EDI: CAPITALONE.COM | Jan 21 2026 09:04:00 | Capital One, Attn: Bnakruptcy, P.O. Box 30285, Salt Lake City, UT 84130-0285 |
| 15524021 | + | EDI: CAPITALONE.COM | Jan 21 2026 09:04:00 | Capital One, Po Box 31293, Salt Lake City, UT 84131-0293 |
| 15549125 | | EDI: CAPITALONE.COM | Jan 21 2026 09:04:00 | Capital One N.A., by American InfoSource as agent, PO Box 71083, Charlotte, NC 28272-1083 |
| 15524022 | + | EDI: CAPITALONE.COM | Jan 21 2026 09:04:00 | Capital One NA, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 15524023 | + | EDI: CAPITALONE.COM | Jan 21 2026 09:04:00 | Capital One/Menards, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 15524024 | + | EDI: CITICORP | Jan 21 2026 09:04:00 | Cbna, Attn: Bankruptcy, P.O. Box 6497, Sioux Falls, SD 57117-6497 |
| 15524025 | + | EDI: JPMORGANCHASE | Jan 21 2026 09:04:00 | Chase Card Services, Attn: Bankruptcy, P.O. 15298, Wilmington, DE 19850-5298 |
| 15524026 | + | EDI: CITICORP | Jan 21 2026 09:04:00 | Citibank, Attn: Bankruptcy, P.O. Box 790034, St Louis, MO 63179-0034 |
| 15553550 | | EDI: CITICORP | Jan 21 2026 09:04:00 | Citibank, N.A., 5800 S Corporate Pl, Sioux Falls, SD 57108-5027 |
| 15524027 | + | EDI: CITICORP | Jan 21 2026 09:04:00 | Citibank/The Home Depot, Citicorp Credit Srvs/Centralized Bk dept, Po Box 790034, St Louis, MO 63179-0034 |
| 15524028 | + | EDI: WFNNB.COM | Jan 21 2026 09:04:00 | Comenity Bank/Bealls Florida, Attn: Bankruptcy, Po Box 182125, Columbus, OH 43218-2125 |
| 15524029 | + | EDI: WFNNB.COM | Jan 21 2026 09:04:00 | Comenity Bank/Overstock, Attn: Bankruptcy, Po Box 182125, Columbus, OH 43218-2125 |
| 15524030 | + | EDI: WFNNB.COM | Jan 21 2026 09:04:00 | ComenityBank/Venus, Attn: Bankruptcy, Po Box 182125, Columbus, OH 43218-2125 |
| 15524032 | + | Email/Text: ebnnotifications@creditacceptance.com | Jan 21 2026 04:14:00 | Credit Acceptance, Attn: Bankruptcy, 25505 West 12 Mile Road Ste 3000, Southfield, MI 48034-8331 |
| 15524045 | | EDI: CITICORP | Jan 21 2026 09:04:00 | Macys/fdsb, Attn: Bankruptcy, 9111 Duke Boulevard, Mason, OH 45040 |
| 15524033 | + | Email/Text: ElectronicBkyDocs@nelnet.studentaid.gov | Jan 21 2026 04:14:00 | Dept Of Ed/582/nelnet, Attn: Bankruptcy Claims/Nelnet, Po Box 82505, Lincoln, NE 68501-2505 |
| 15524034 | + | EDI: DISCOVER | Jan 21 2026 09:04:00 | Discover Financial, Attn: Bankruptcy, Po Box 3025, New Albany, OH 43054-3025 |

| Recipient ID | | Delivery Method | Date/Time | Address |
|---|---|---|---|---|
| 15563397 | + | Email/Text: ECMCBKNotices@ecmc.org | Jan 21 2026 04:14:00 | ECMC, PO Box 16408, St Paul, MN 55116-0408 |
| 15524036 | | Email/Text: exeter@ebn.phinsolutions.com | Jan 21 2026 04:14:00 | Exeter Finance LLC, Attn: Bankruptcy, Po Box 166008, Irving, TX 75016 |
| 15528987 | | Email/Text: exeter@ebn.phinsolutions.com | Jan 21 2026 04:14:00 | Exeter Finance LLC, PO Box 650693, Dallas, TX 75265 |
| 15524037 | | Email/Text: BNSFN@capitalsvcs.com | Jan 21 2026 04:14:00 | First National Bank/Legacy, Attn: Bankruptcy, Po Box 5097, Sioux Falls, SD 57117 |
| 15524039 | | Email/Text: bk@freedomfinancialnetwork.com | Jan 21 2026 04:14:00 | Freedom Plus, Attn: Bankruptcy, Po Box 2340, Phoenix, AZ 85002 |
| 15545784 | | Email/PDF: MerrickBKNotifications@Resurgent.com | Jan 21 2026 04:26:07 | Fair Square Financial LLC, Resurgent Capital Services, PO Box 10368, Greenville, SC 29603-0368 |
| 15524038 | + | EDI: AMINFOFP.COM | Jan 21 2026 09:04:00 | First Premier Bank, Attn: Bankruptcy, Po Box 5524, Sioux Falls, SD 57117-5524 |
| 15524040 | + | EDI: AMINFOFP.COM | Jan 21 2026 09:04:00 | Fst Premier, Attn: Bk department, Po Box 5524, Sioux Falls, SD 57117-5524 |
| 15524041 | + | EDI: PHINGENESIS | Jan 21 2026 09:04:00 | Genesis Financial, Genesis FS Card Services, Po Box 4477, Beaverton, OR 97076-4401 |
| 15524043 | + | EDI: IRS.COM | Jan 21 2026 09:04:00 | Internal Revenue Service, PO Box 7346, Philadelphia, PA 19101-7346 |
| 15555350 | | EDI: JEFFERSONCAP.COM | Jan 21 2026 09:04:00 | Jefferson Capital Systems LLC, Po Box 7999, Saint Cloud MN 56302-9617 |
| 15524044 | + | EDI: CAPITALONE.COM | Jan 21 2026 09:04:00 | Kohls/Capital One, Attn: Credit Administrator, Po Box 3043, Milwaukee, WI 53201-3043 |
| 15525903 | | Email/PDF: resurgentbknotifications@resurgent.com | Jan 21 2026 04:26:08 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 15525423 | | Email/PDF: resurgentbknotifications@resurgent.com | Jan 21 2026 04:26:14 | LVNV Funding, LLC c/o Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 15555616 | + | Email/Text: nsm_bk_notices@mrcooper.com | Jan 21 2026 04:14:00 | Lakeview Loan Servicing, LLC, c/o Nationstar Mortgage, LLC, Bankruptcy Department, PO Box 619096, Dallas, TX 75261-9096 |
| 15524046 | + | EDI: CBS7AVE | Jan 21 2026 09:04:00 | Midnight Velvet, Attn: Bankruptcy, 1112 7th Avenue, Monroe, WI 53566-1364 |
| 15524047 | + | Email/Text: nsm_bk_notices@mrcooper.com | Jan 21 2026 04:14:00 | Mrc/united Wholesale M, Attn: Bankruptcy, P. O. Box 619098, Dallas, TX 75261-9098 |
| 15524048 | + | Email/Text: ElectronicBkyDocs@nelnet.studentaid.gov | Jan 21 2026 04:14:00 | Nelnet, Attn: Bankruptcy Claims, Po Box 82505, Lincoln, NE 68501-2505 |
| 15524049 | + | Email/PDF: MerrickBKNotifications@Resurgent.com | Jan 21 2026 04:26:06 | Ollo Card Services, Attn: Bankruptcy, Po Box 9222, Old Bethpage, NY 11804-9222 |
| 15555169 | + | EDI: PENNDEPTREV | Jan 21 2026 09:04:00 | PA Department of Revenue, Bankruptcy Division, PO Box 280946, Harrisburg, PA 17128-0946 |
| 15553486 | | EDI: Q3G.COM | Jan 21 2026 09:04:00 | Quantum3 Group LLC as agent for, Comenity Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 15553487 | | EDI: Q3G.COM | Jan 21 2026 09:04:00 | Quantum3 Group LLC as agent for, Comenity Capital Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 15555620 | | EDI: Q3G.COM | Jan 21 2026 09:04:00 | Quantum3 Group LLC as agent for, Velocity Investments LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 16444047 | + | Email/PDF: resurgentbknotifications@resurgent.com | Jan 21 2026 04:26:08 | Resurgent Receivables LLC, PO Box 10587, Greenville, SC 29603-0587 |

Case 22-21999-JAD   Doc 181   Filed 01/22/26   Entered 01/23/26 00:40:17   Desc
Imaged Certificate of Notice   Page 6 of 8

| District/off: 0315-2 | User: auto | Page 4 of 6 |
|---|---|---|
| Date Rcvd: Jan 20, 2026 | Form ID: 309B | Total Noticed: 90 |

| Recipient ID | | Method | Date/Time | Name/Address |
|---|---|---|---|---|
| 15524050 | | Email/Text: bknotices@snsc.com | Jan 21 2026 04:15:00 | SN Servicing Corporation, 323 5th Street, Eureka, CA 95501 |
| 16533867 | | Email/Text: bknotices@snsc.com | Jan 21 2026 04:15:00 | SN Servicing Corporation, 323 Fifth Street, Eureka, CA 95501 |
| 15524051 | | Email/Text: heather.morgan@ssmhealth.com | Jan 21 2026 04:14:00 | SSM Health, PO Box 411997, Saint Louis, MO 63141 |
| 15524052 | | Email/Text: amieg@stcol.com | Jan 21 2026 04:14:00 | State Collection Service, Inc., 2509 S. Stoughton Rd., Madison, WI 53716 |
| 15524053 | + | EDI: SYNC | Jan 21 2026 09:04:00 | Syncb/ebay, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 15524418 | + | EDI: PRA.COM | Jan 21 2026 09:04:00 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 15524054 | + | EDI: SYNC | Jan 21 2026 09:04:00 | Synchrony Bank/Amazon, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 15524055 | + | EDI: SYNC | Jan 21 2026 09:04:00 | Synchrony Bank/JCPenney, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 15524056 | + | EDI: SYNC | Jan 21 2026 09:04:00 | Synchrony Bank/TJX, Attn: Bankruptcy, Po Box 965064, Orlando, FL 32896-5064 |
| 15553434 | + | Email/Text: bncmail@w-legal.com | Jan 21 2026 04:14:00 | TD Bank USA, N.A., C O WEINSTEIN & RILEY, PS, 2001 WESTERN AVENUE, STE 400, SEATTLE, WA 98121-3132 |
| 15524057 | + | EDI: WTRRNBANK.COM | Jan 21 2026 09:04:00 | Target Nb, C/O Financial & Retail Services, Mailstop BT PO Box 9475, Minneapolis, MN 55440-9475 |
| 15524058 | + | Email/Text: jill.locnikar@usdoj.gov | Jan 21 2026 04:14:00 | U.S. Attorneys Office, Western District of PA, 4000 U.S. Post Office & Courthouse, 700 Grant Street, Pittsburgh, PA 15219-1906 |
| 15555297 | ^ | MEBN | Jan 21 2026 04:05:29 | U.S. Bank Trust National Association, as Trustee of Dwelling Series IV Trust, c/o SN Servicing Corporation, 323 Fifth Street, Eureka, CA 95501-0305 |
| 15524059 | | Email/Text: bknotice@upgrade.com | Jan 21 2026 04:14:00 | Upgrade, Inc., Attn: Bankruptcy, 275 Battery Street 23rd Floor, San Francisco, CA 94111 |
| 15555240 | | Email/Text: BNCnotices@dcmservices.com | Jan 21 2026 04:14:00 | UPMC HEALTH SERVICES, PO BOX 1123, MINNEAPOLIS, MN 55440-1123 |
| 15524060 | ^ | MEBN | Jan 21 2026 04:05:37 | UPMC Health Services, PO Box 371472, Pittsburgh, PA 15250-7472 |
| 15555239 | | Email/Text: BNCnotices@dcmservices.com | Jan 21 2026 04:14:00 | UPMC PHYSICIAN SERVICES, PO BOX 1123, MINNEAPOLIS, MN 55440-1123 |
| 15524063 | + | EDI: USBANKARS.COM | Jan 21 2026 09:04:00 | US Bank/RMS, Attn: Bankruptcy, Po Box 5229, Cincinnati, OH 45201-5229 |
| 15528006 | + | Email/Text: ElectronicBkyDocs@nelnet.studentaid.gov | Jan 21 2026 04:14:00 | US Department of Education c/o Nelnet, 121 South 13th Street, Lincoln, NE 68508-1911 |
| 15524061 | + | Email/Text: UpStart@ebn.phinsolutions.com | Jan 21 2026 04:14:00 | Upstart, Upstart Operations/ Attn:Bankruptcy, Po Box 1503, San Carlos, CA 94070-7503 |
| 15524062 | + | Email/Text: UpStart@ebn.phinsolutions.com | Jan 21 2026 04:14:00 | Upstart Finance, Attn: Bankruptcy, Po Box 1503, San Carlos, CA 94070-7503 |
| 15527503 | + | Email/Text: peritus@ebn.phinsolutions.com | Jan 21 2026 04:15:00 | Upstart Network, Inc, c/o Peritus Portfolio Services II, LLC, P.O. Box 1149, Grapevine, TX 76099-1149 |
| 15553478 | | EDI: AIS.COM | Jan 21 2026 09:04:00 | Verizon, by American InfoSource as agent, PO Box 4457, Houston, TX 77210-4457 |

District/off: 0315-2     User: auto     Page 5 of 6
Date Rcvd: Jan 20, 2026     Form ID: 309B     Total Noticed: 90

TOTAL: 79

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | Lakeview Loan Servicing, LLC |
| cr | | U.S. Bank Trust National Association, as Trustee |
| cr | | Upstart Network, Inc |
| cr | *+ | Resurgent Receivables LLC, PO Box 10587, Greenville, SC 29603-0587 |
| cr | *+ | Upstart Network, Inc, c/o Peritus Portfolio Services II, LLC, P.O. Box 1149, Grapevine, TX 76099-1149 |
| 16444049 | *+ | Resurgent Receivables LLC, PO Box 10587, Greenville, SC 29603-0587 |

TOTAL: 3 Undeliverable, 3 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 22, 2026        Signature:     /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 20, 2026 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Andrew L. Spivack | on behalf of Creditor Lakeview Loan Servicing LLC andrew.spivack@brockandscott.com, wbecf@brockandscott.com |
| Brenda Sue Bishop | on behalf of Creditor Commonwealth of Pennsylvania Department of Revenue Bureau of Compliance bbishop@attorneygeneral.gov |
| Brian C. Thompson | on behalf of Debtor Richard A. Foster bthompson@ThompsonAttorney.com bthompson@ecf.courtdrive.com;mgillespie@thompsonattorney.com;kfinke@thompsonattorney.com;skennedy@thompsonattorney.com;thompson.brianr111424@notify.bestcase.com |
| Brian C. Thompson | on behalf of Joint Debtor Leanne M. Foster bthompson@ThompsonAttorney.com bthompson@ecf.courtdrive.com;mgillespie@thompsonattorney.com;kfinke@thompsonattorney.com;skennedy@thompsonattorney.com;thompson.brianr111424@notify.bestcase.com |
| Charles O. Zebley, Jr. | COZ@Zeblaw.com PA67@ecfcbis.com;Lyndie@Zeblaw.com |
| Denise Carlon | on behalf of Creditor Lakeview Loan Servicing LLC dcarlon@kmllawgroup.com |
| Lauren Moyer | on behalf of Creditor SN Servicing Corporation as servicer for U.S. Bank Trust National Association as Trustee of Dwelling Series IV Trust bkecf@friedmanvartolo.com, bankruptcy@friedmanvartolo.com |
| Lauren Moyer | on behalf of Creditor U.S. Bank Trust National Association as Trustee for Pad Series IV Trust bkecf@friedmanvartolo.com, bankruptcy@friedmanvartolo.com |
| Mario J. Hanyon | on behalf of Creditor Lakeview Loan Servicing LLC enote vesting-- Nationstar Mortgage LLC wbecf@brockandscott.com, mario.hanyon@brockandscott.com |

District/off: 0315-2     User: auto     Page 6 of 6
Date Rcvd: Jan 20, 2026     Form ID: 309B     Total Noticed: 90

Mario J. Hanyon
    on behalf of Creditor Lakeview Loan Servicing  LLC wbecf@brockandscott.com, mario.hanyon@brockandscott.com

Office of the United States Trustee
    ustpregion03.pi.ecf@usdoj.gov

Ronda J. Winnecour
    cmecf@chapter13trusteewdpa.com

TOTAL: 12