**UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF PENNSYLVANIA
PITTSBURGH DIVISION**

| | |
|---|---|
| In re:<br>　　RICHARD A. FOSTER<br>　　LEANNE M. FOSTER<br>　　　　Debtor(s) | Case No. 22-21999JAD |

**CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT**

　　Ronda J. Winnecour, chapter 13 trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C. § 1302(b)(1). The trustee declares as follows:

　　1)　The case was filed on 10/10/2022.

　　2)　The plan was confirmed on 04/28/2023.

　　3)　The plan was modified by order after confirmation pursuant to 11 U.S.C. § 1329 on 06/15/2023, 12/21/2023, 06/04/2024, 11/12/2024, 11/18/2025.

　　4)　The trustee filed action to remedy default by the debtor in performance under the plan on 07/01/2025.

　　5)　The case was converted on 01/20/2026.

　　6)　Number of months from filing or conversion to last payment: 0.

　　7)　Number of months case was pending: 40.

　　8)　Total value of assets abandoned by court order: NA.

　　9)　Total value of assets exempted: $83,919.85.

　　10) Amount of unsecured claims discharged without full payment: $0.00.

　　11) All checks distributed by the trustee relating to this case have not cleared the bank.

**UST Form 101-13-FR-S (09/01/2009)**

**Receipts:**

| | |
|---|---:|
| Total paid by or on behalf of the debtor | $126,597.00 |
| Less amount refunded to debtor | $5.00 |

**NET RECEIPTS:** $126,592.00

**Expenses of Administration:**

| | |
|---|---:|
| Attorney's Fees Paid Through the Plan | $7,917.24 |
| Court Costs | $0.00 |
| Trustee Expenses & Compensation | $7,334.13 |
| Other | $0.00 |

**TOTAL EXPENSES OF ADMINISTRATION:** $15,251.37

Attorney fees paid and disclosed by debtor: $750.00

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---:|---:|---:|---:|---:|
| ACCEPTANCE NOW | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| AMERICREDIT FINANCIAL SVCS INC | Unsecured | 4,490.00 | NA | NA | 0.00 | 0.00 |
| CAPITAL ONE BANK (USA) NA BY AM | Unsecured | 571.00 | 614.81 | 614.81 | 0.00 | 0.00 |
| CAPITAL ONE BANK USA NA | Unsecured | 2,874.00 | NA | NA | 0.00 | 0.00 |
| CAPITAL ONE BANK USA NA | Unsecured | 950.00 | NA | NA | 0.00 | 0.00 |
| CAPITAL ONE BANK USA NA | Unsecured | 631.00 | NA | NA | 0.00 | 0.00 |
| CAPITAL ONE BANK USA NA | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| CAPITAL ONE BANK USA NA | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| CAPITAL ONE BANK USA NA | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| CAPITAL ONE BANK USA NA | Unsecured | 753.00 | NA | NA | 0.00 | 0.00 |
| CHASE CARD SERVICES** | Unsecured | 668.00 | NA | NA | 0.00 | 0.00 |
| CITIBANK NA | Unsecured | 1,303.00 | 1,347.11 | 1,347.11 | 0.00 | 0.00 |
| CITIBANK** | Unsecured | 1,701.00 | NA | NA | 0.00 | 0.00 |
| CITIBANK** | Unsecured | 552.00 | NA | NA | 0.00 | 0.00 |
| COMENITY BANK++ | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| COMENITY BANK++ | Unsecured | 693.00 | NA | NA | 0.00 | 0.00 |
| CONTINENTAL FINANCE | Unsecured | 875.00 | NA | NA | 0.00 | 0.00 |
| CREDIT ACCEPTANCE CORP* | Secured | 14,014.00 | 14,578.83 | 14,578.83 | 7,635.46 | 1,378.23 |
| CW NEXUS CREDIT CARD HOLDINGS | Unsecured | NA | 1,657.18 | 1,657.18 | 0.00 | 0.00 |
| DEPARTMENT OF EDUCATION/NELN | Unsecured | 42,295.00 | NA | NA | 0.00 | 0.00 |
| DEPARTMENT OF EDUCATION/NELN | Unsecured | 32,324.00 | NA | NA | 0.00 | 0.00 |
| DEPARTMENT OF EDUCATION/NELN | Unsecured | 17,977.00 | NA | NA | 0.00 | 0.00 |
| DEPARTMENT OF EDUCATION/NELN | Unsecured | 14,460.00 | NA | NA | 0.00 | 0.00 |
| DEPARTMENT STORES NATIONAL BA | Unsecured | 1,824.00 | NA | NA | 0.00 | 0.00 |
| DEPARTMENT STORES NATIONAL BA | Unsecured | 311.00 | NA | NA | 0.00 | 0.00 |
| DEPARTMENT STORES NATIONAL BA | Unsecured | 130.00 | NA | NA | 0.00 | 0.00 |
| DISCOVER BANK(*) | Unsecured | 5,815.00 | NA | NA | 0.00 | 0.00 |
| DISCOVER BANK(*) | Unsecured | 639.00 | NA | NA | 0.00 | 0.00 |
| DISCOVER BANK(*) | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| DISCOVER BANK(*) | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| DISCOVER BANK(*) | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |

**UST Form 101-13-FR-S (09/01/2009)**

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---:|---:|---:|---:|---:|
| ECMC(*) | Unsecured | 0.00 | 21,581.12 | 21,581.12 | 0.00 | 0.00 |
| ELIZUR CORP | Unsecured | 50.08 | NA | NA | 0.00 | 0.00 |
| EXETER FINANCE LLC(*) | Secured | 15,468.00 | 15,764.86 | 15,764.86 | 8,256.49 | 1,490.40 |
| FIRST COMMONWEALTH BANK** | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| FIRST NATIONAL BANK | Unsecured | 593.00 | NA | NA | 0.00 | 0.00 |
| FIRST PREMIER BANK | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| FIRST PREMIER BANK | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| FREEDOM PLUS | Unsecured | 19,491.00 | NA | NA | 0.00 | 0.00 |
| GENESIS FS CARD SERVICES | Unsecured | 1,218.00 | NA | NA | 0.00 | 0.00 |
| HEALTH CARE SOLUTIONS | Unsecured | 249.95 | 293.97 | 293.97 | 0.00 | 0.00 |
| INTERNAL REVENUE SERVICE* | Priority | 7,671.78 | 9,117.76 | 9,117.76 | 4,106.51 | 0.00 |
| INTERNAL REVENUE SERVICE* | Unsecured | NA | 2,124.75 | 2,124.75 | 0.00 | 0.00 |
| JEFFERSON CAPITAL SYSTEMS LLC(' | Unsecured | NA | 0.00 | 0.00 | 0.00 | 0.00 |
| KOHLS DEPARTMENT STORE | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| LAKEVIEW LOAN SERVICING LLC | Secured | 100,775.00 | 105,417.15 | 0.00 | 35,198.24 | 0.00 |
| LAKEVIEW LOAN SERVICING LLC | Secured | 0.00 | 9,440.86 | 9,440.86 | 9,440.86 | 0.00 |
| LVNV FUNDING LLC | Unsecured | 1,665.00 | 1,702.30 | 0.00 | 0.00 | 0.00 |
| LVNV FUNDING LLC | Unsecured | NA | 926.57 | 926.57 | 0.00 | 0.00 |
| LVNV FUNDING LLC | Unsecured | NA | 976.77 | 976.77 | 0.00 | 0.00 |
| LVNV FUNDING LLC | Unsecured | NA | 15,489.38 | 15,489.38 | 0.00 | 0.00 |
| LVNV FUNDING LLC | Unsecured | NA | 9,967.08 | 9,967.08 | 0.00 | 0.00 |
| LVNV FUNDING LLC | Unsecured | NA | 651.22 | 651.22 | 0.00 | 0.00 |
| LVNV FUNDING LLC | Unsecured | 575.00 | 629.41 | 629.41 | 0.00 | 0.00 |
| LVNV FUNDING LLC | Unsecured | 379.00 | 429.09 | 429.09 | 0.00 | 0.00 |
| LVNV FUNDING LLC | Unsecured | 5,442.00 | 5,542.23 | 5,542.23 | 0.00 | 0.00 |
| MIDNIGHT VELVET | Unsecured | 1,541.00 | NA | NA | 0.00 | 0.00 |
| PA DEPARTMENT OF REVENUE* | Unsecured | NA | 5,030.23 | 5,030.23 | 0.00 | 0.00 |
| PA DEPARTMENT OF REVENUE* | Priority | NA | 19,442.71 | 19,442.71 | 6,047.37 | 0.00 |
| QUANTUM3 GROUP LLC - AGENT FO | Unsecured | 682.00 | 855.39 | 855.39 | 0.00 | 0.00 |
| QUANTUM3 GROUP LLC - AGENT FO | Unsecured | 667.00 | 838.60 | 838.60 | 0.00 | 0.00 |
| QUANTUM3 GROUP LLC - AGENT FO | Unsecured | 367.00 | 657.46 | 657.46 | 0.00 | 0.00 |
| QUANTUM3 GROUP LLC - AGENT FO | Unsecured | NA | 11,830.99 | 0.00 | 0.00 | 0.00 |
| RESURGENT RECEIVABLES LLC | Unsecured | 1,911.00 | 1,788.53 | 1,788.53 | 0.00 | 0.00 |
| RESURGENT RECEIVABLES LLC | Unsecured | 1,297.00 | 1,151.01 | 1,151.01 | 0.00 | 0.00 |
| SSM HEALTH | Unsecured | 3,199.92 | NA | NA | 0.00 | 0.00 |
| STATE COLLECTION SERVICE INC | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| SYNCHRONY BANK** | Unsecured | 170.00 | NA | NA | 0.00 | 0.00 |
| SYNCHRONY BANK** | Unsecured | 178.00 | NA | NA | 0.00 | 0.00 |
| TARGET | Unsecured | 1,406.00 | NA | NA | 0.00 | 0.00 |
| TARGET | Unsecured | 667.00 | NA | NA | 0.00 | 0.00 |
| TD BANK USA NA** | Unsecured | 354.00 | 401.55 | 401.55 | 0.00 | 0.00 |
| TD BANK USA NA** | Unsecured | 205.00 | 205.22 | 205.22 | 0.00 | 0.00 |
| UPMC HEALTH SERVICES | Unsecured | 0.00 | 1,446.18 | 1,446.18 | 0.00 | 0.00 |
| UPMC PHYSICIAN SERVICES | Unsecured | 0.00 | 1,227.95 | 1,227.95 | 0.00 | 0.00 |
| UPSTART NETWORK | Unsecured | 11,658.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| UPSTART NETWORK INC | Unsecured | 14,002.00 | 14,325.32 | 14,325.32 | 0.00 | 0.00 |
| UPSTART NETWORK INC | Unsecured | 9,223.00 | 9,445.92 | 9,445.92 | 0.00 | 0.00 |
| US BANK NA** | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| US BANK TRUST NA - TRUSTEE ET A | Secured | 39,898.68 | 42,681.51 | 0.00 | 26,133.59 | 0.00 |
| US BANK TRUST NA - TRUSTEE ET A | Secured | 0.00 | 4,897.69 | 4,897.69 | 4,897.69 | 0.00 |
| US DEPARTMENT OF EDUCATION | Unsecured | 179,600.00 | 286,657.64 | 74,000.00 | 6,755.79 | 0.00 |
| VERIZON BY AMERICAN INFOSOURC | Unsecured | NA | 161.82 | 161.82 | 0.00 | 0.00 |

**UST Form 101-13-FR-S (09/01/2009)**

| **Summary of Disbursements to Creditors:** | Claim Allowed | Principal Paid | Interest Paid |
|---|---:|---:|---:|
| **Secured Payments:** | | | |
| Mortgage Ongoing | $0.00 | $61,331.83 | $0.00 |
| Mortgage Arrearage | $14,338.55 | $14,338.55 | $0.00 |
| Debt Secured by Vehicle | $30,343.69 | $15,891.95 | $2,868.63 |
| All Other Secured | $0.00 | $0.00 | $0.00 |
| **TOTAL SECURED:** | **$44,682.24** | **$91,562.33** | **$2,868.63** |
| **Priority Unsecured Payments:** | | | |
| Domestic Support Arrearage | $0.00 | $0.00 | $0.00 |
| Domestic Support Ongoing | $0.00 | $0.00 | $0.00 |
| All Other Priority | $28,560.47 | $10,153.88 | $0.00 |
| **TOTAL PRIORITY:** | **$28,560.47** | **$10,153.88** | **$0.00** |
| **GENERAL UNSECURED PAYMENTS:** | **$173,765.87** | **$6,755.79** | **$0.00** |

**Disbursements:**

| | |
|---|---:|
| Expenses of Administration | $15,251.37 |
| Disbursements to Creditors | $111,340.63 |
| **TOTAL DISBURSEMENTS:** | **$126,592.00** |

12) The trustee certifies that the foregoing summary is true and complete and all administrative matters for which the trustee is responsible have been completed. The trustee requests that the trustee be discharged and granted such relief as may be just and proper.

Dated: 01/27/2026                By: /s/ Ronda J. Winnecour
                                          Trustee

**STATEMENT**: This Unified Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-13-FR-S (09/01/2009)**