**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| In Re: | ) | Bankruptcy No. 22-21999-JAD |
| | ) | |
| Richard A. Foster, | ) | Chapter 7 |
| Leanne M. Foster, | ) | |
| | ) | |
| Debtors. | ) | Document No. |
| | ) | |
| Thompson Law Group, P.C., | ) | Related to Document No. |
| | ) | |
| Applicant, | ) | **Hearing date and time:** |
| vs. | ) | February 24, 2026 at 10:00 a.m. |
| | ) | |
| No Respondent. | ) | |

**SUMMARY COVER SHEET AND NOTICE OF HEARING ON PROFESSIONAL FEES IN CHAPTER 13 ON BEHALF OF THOMPSON LAW GROUP, P.C.**

To All Creditors and Parties in Interest:

1. Applicant represents Richard A. Foster and Leanne M. Foster.

2. This is a final application for the period November 21, 2025 to January 30, 2026.

3. Previous retainer paid to Applicant: $750.00.

4. Previous interim compensation allowed to Applicant: $ 13,559.80

5. Applicant requests additional:
   Compensation of $2,085.00
   Reimbursement of Expenses of $20.45

6. A "hybrid" hearing will be held on February 24, 2026 , at 10:00 a.m. before Judge Jeffery A. Deller. A "hybrid" hearing is one which any counsel and/or litigant may choose to attend in-person or remotely.

   Counsel or litigants desiring to appear in-person should appear in front of Judge Deller in Courtroom D, 54th Floor U.S. Steel Tower, 600 Grant Street, Pittsburgh, PA, 15219 at the date and time stated above.

   Parties seeking to appear remotely must register for the hearing by submitting a registration form via the link published on Judge Deller's website (which can be found at https://www.pawb.uscourts.gov/judge-dellers-video-conference-hearing-information) by no later than **4 p.m. on the business day** prior to the scheduled hearing. All parties participating remotely shall comply with Judge Deller's *General Procedures*, which can be found at https://www.pawb.uscourts.gov/procedures-0.

**Parties who fail to timely register for remote participation will be expected to attend the hearing in person.**

Persons without video conferencing capabilities must immediately contact Chambers staff at (412) 644-4710 to make alternate arrangements if they desire to participate remotely. Absent emergency circumstances, such arrangements must be made no later than three (3) business days prior to the hearing.

All persons are also reminded that participating remotely at a "hybrid" hearing is a courtesy provided by the Court and may be rescinded at any time.

All persons are also reminded that pursuant to the Court's Notice and Order, and as set forth in Judge Deller's Zoom Procedures, the public's recording or duplication of any audio or video of the hearing is strictly prohibited.

Only a limited time of 10 minutes is being provided on the calendar. No witnesses will be heard. If there is an issue of fact, an evidentiary hearing will be scheduled by the Court for a later date.

7. Any written objections must be filed with the court and served on Applicant on or before <u>February 16, 2026</u> seventeen (17) days from the date of this notice plus and additional three days if served by mail). Copies of the application are available from the applicant.

Dated: <u>January 30, 2026</u>

/s/Brian C. Thompson
Brian C. Thompson, Esquire
PA ID No. 91197
THOMPSON LAW GROUP, P.C.
301 Smith Drive, Suite 6
Cranberry Township, PA 16066
(724) 799-8404
bthompson@thompsonattorney.com