# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re:   Richard A. Foster and<br>Leanne M. Foster, | : | Case No. 22-21999-JAD |
| Debtors. | :<br>:<br>: | Chapter 13 |
| _____<br>Richard A. Foster, | :<br>: | |
| Movant, | :<br>: | Document No.: |
| v. | :<br>: | Related to Document No.: 173 |
| Vertava Health Ohio/Freedom Healthcare LLC, | :<br>: | |
| Respondent. | : | |

## CERTIFICATE OF SERVICE

I, Matthew Gillespie, Paralegal, certify under penalty of perjury that I served the Order Terminating Wage Attachment and Notification of Debtor's Social Security Number on Debtor's employer at the address listed below on February 3, 2026, via first class mail postage prepaid:

**Vertava Health Ohio/Freedom Healthcare, LLC**
**ATTN: Payroll Department**
**2650 Lodge Road SW**
**Sherrodsville, OH 44675**

Executed on:   February 3, 2026

/s/Brian C. Thompson, Esquire
Signature of Chapter 13 Trustee or Attorney for Debtor

Brian C. Thompson, Esquire
Typed Name of Chapter 13 Trustee or Attorney for Debtor

301 Smith Drive, Suite 6, Cranberry Township, PA 16066
Address of Chapter 13 Trustee or Attorney for Debtor

(724) 799-8404    Pa. I.D. #91197
Phone No. and Pa. I.D. No. of Chapter 13 Trustee or Attorney for Debtor