IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re: | : | Bankruptcy No. 22-21999 |
|    Richard A. Foster | : | |
|    Leanne M. Foster | : | Chapter 13 |
| | : | |
|                 Debtor | : | |
| | : | Related to Document No. |
|    Richard A. Foster | : | |
|    Leanne M. Foster | : | |
| | : | |
| Movant | : | |
| | : | |
| | : | |
| v. | : | |
| | : | |
| No Respondent | : | |

### NOTICE REGARDING MODIFICATION TO MAILING MATRIX

In accordance with Local Bankruptcy Rule 1007-1(f) I, ___Brian C. Thompson, Esquire___, counsel for the debtor(s) in the above-captioned case, hereby certify that the following list of creditors'names and addresses was uploaded through the creditor maintenance option in CM/ECF to the above captioned case regarding the filing of an amendment to the schedules.

ARS National Services Inc.
PO Box 463023
Escondido, CA 92046

Comenity/Full Beauty
PO Box 182789
Columbus, OH 43218

Comenity-Torrid
Attn Bankruptcy
Po Box 182125
Columbus, OH 43218

Comenity/Big Lots
Attn Bankruptcy
Po Box 182125
Columbus, OH 43218

Comenity/Woman Within
Attn Bankruptcy
Po Box 182125
Columbus, OH 43218

**PAWB Local Form 30 (07/13)**

Comenity/Michaels
P O Box 659705
San Antonio, TX 78265

Concora Credit/Destiny
P O Box 96451
Charlotte, NC 28296-0541

Concora Credit/Indigo
PO Box 84049
Columbus, GA 31908-4059

Concora Credit/Milestone
PO Box 84049
Columbus, GA 31908-4059

Credit Fresh
200 Continental Drive, Suite 401
Newark, DE 19713

Credit One Bank/AMEX
P O Box 98872
Las Vegas, NV 89193

Fortiva
PO Box 105555
Atlanta, GA 30348

Fortiva/Bobs Discount Furniture
PO Box 105096
Atlanta, GA 30348

Jefferson Capital, LLC/Mission Lane
PO Box 7999
Saint Cloud, MN 56302-9617

Jefferson Capital Systems, LLC 16
McLeland Road
Saint Cloud, MN 56303

LVNV Funding, LLC
PO Box 10497
Greenville, SC 29603

LVNV Funding LLC

**PAWB Local Form 30 (07/13)**

c/o Resurgent Capital Services
PO Box 1269
Greenville, SC 29603

Midland Credit Management
8875 Aero Drive Suite 200
San Diego, CA 92123

Midland Credit Management
PO Box 60578
Los Angeles, CA 90060

Prosper
P .O. Box 886081
Los Angeles, CA 90088

Quantum3 Group LLC
PO Box 788
Kirkland, WA 98083

Resurgent Capital Services
PO Box 10587
Greenville, SC 29603

RevNow
100 Ashley Dr S
Ste 600 - 1409
Tampa, FL 33602

Aspire
P.O. Box 105555
Atlanta, GA 30348

By: /s/ Brian C. Thompson, Esquire

Signature
Brian C. Thompson, Esquire

Typed Name
301 Smith Drive, Suite 6
Suite 200
Cranberry Township, PA 16066

Address
(724) 799-8404    Fax:(724) 799-8409

Phone No.
91197 PA

List Bar I.D. and State of Admission

**PAWB Local Form 30 (07/13)**

Software Copyright (c) 1996-2026 Best Case LLC - www.bestcase.com