IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: Richard A. Foster,<br>Leanne M. Foster,<br><br>Debtors.<br>_____<br><br>Richard A. Foster,<br>Leanne M. Foster,<br><br>Movants,<br><br>v.<br><br>No Respondents. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Bankruptcy No. 22-21999-JAD<br><br><br>Chapter 7<br><br><br><br>Document No.<br><br><br>Related to Document No. 173 |

**STATEMENT REGARDING REQUIRED DOCUMENTS UNDER
RULE 1019 FOR A CASE CONVERTED TO CHAPTER 7**

AND NOW come the Debtors, by and through their attorney, Brian C. Thompson, Esquire and Thompson Law Group, P.C., and file this Statement Regarding Required Documents Under Rule 1019 for a Case Converted to Chapter 7 representing as follows:

1. In accordance with Bankruptcy Rule 1019(5)(B)(I), Debtors have additional unpaid debts incurred after the commencement of the Chapter 13 case and before conversion.

2. In accordance with Bankruptcy Rules 1019(1)(A) and 1007(b), Debtor have filed all required statements and schedules.

3. In accordance with 11 U.S.C. §521(2)(A) and Bankruptcy Rule 1019(1)(B), Debtors will file a Statement of Intention on or before February 19, 2026.

4. This case was converted after the confirmation of a plan.

Date: February 3, 2026                    /s/Brian C. Thompson
                                                             Brian C. Thompson, Esquire
                                                             PA I.D. # 91197
                                                             Thompson Law Group, P.C.
                                                             301 Smith Drive, Suite 6

Cranberry Township, PA 16066  
724-799-8404 Telephone  
724-799-8409 Facsimile  
bthompson@thompsonattorney.com