IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: | ) | Case No.: 22-21999 JAD |
| | ) | |
| Richard A. Foster and Leanne M. Foster, | ) | Chapter 7 |
| | ) | |
| Debtors, | ) | Document No.: _____ |
| | ) | |
| Charles O. Zebley, Jr., | ) | Related to Document No. 199 |
| | ) | |
| Trustee/Movant, | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| Richard A. Foster and Leanne M. Foster, | ) | |
| | ) | Hearing Date and Time: February 24, |
| Debtors/Respondents. | ) | 2026, at 10:00 a.m. |

Certificate of Service of Order Approving Trustee's Counsel

The undersigned hereby certifies that true and correct copies of the Order Approving Trustee's Counsel were served the 19th day of February 2026 upon debtors, Richard A. Foster and Leanne M. Foster, 315 Hazelcroft Avenue, New Castle, Pennsylvania 16105; Brian C. Thompson, Thompson Law Group, PC, 301 Smith Drive, Suite 6, Cranberry Township, Pennsylvania 16066; the United States Trustee, Liberty Center, 1000 Liberty Avenue, Suite 1316, Pittsburgh, PA 15222; all parties and creditors listed on the Clerk's Office mailing matrix; and all creditors filing claims.

Method of Service: First class mail, postage prepaid

Number of Parties Served: 51

Date executed: February 19, 2026

ZEBLEY LAW OFFICES

BY: /s/ Charles O. Zebley, Jr.
Charles O. Zebley, Jr., Trustee
PA I.D. No. 28980
P.O. Box 2124
Uniontown, PA 15401
(724) 439-9200
Email: COZ@Zeblaw.com