**DEFAULT O/E JAD**

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re: ) | Bankruptcy No. 22-21999-JAD | |
| ) | | FILED |
| Richard A. Foster, ) | Chapter 7 | 2/19/26 1:16 pm |
| Leanne M. Foster, ) | | CLERK |
| ) | | U.S. BANKRUPTCY |
| Debtors. ) | Document No. 187 | COURT - WDPA |
| ) | | |
| Thompson Law Group, P.C., ) | Related to Document No. | |
| ) | | |
| Applicant, ) | **Hearing date and time:** | |
| vs. ) | February 24, 2026 at 10:00 a.m. | |
| ) | | |
| No Respondent. ) | | |

## ORDER OF COURT

**AND NOW**, the **FINAL APPLICATION OF THOMPSON LAW GROUP, P.C. FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES AS COUNSEL FOR THE DEBTORS** is approved for the total amount of **$2,105.45** for services rendered on behalf of the Debtor for the period between November 21, 2025 to January 30, 2026, which represents $2,085.00 in attorney fees and $20.45 in costs.

The fees and costs in this fee application in the amount of $2,105.45, as well as other fees previously approved in the amount of $4,892.56 and not yet paid by the Chapter 13 Trustee in this case, shall be paid as an administrative claim should there be any distribution to creditors by the Chapter 7 Trustee.

Date: February 19, 2026

_____ jsf
U.S. Bankruptcy Court Judge
Jeffery A. Deller

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 22-21999-JAD |
| Richard A. Foster | Chapter 7 |
| Leanne M. Foster | |
|     Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-2 | User: auto | Page 1 of 2 |
| Date Rcvd: Feb 19, 2026 | Form ID: pdf900 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 21, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Richard A. Foster, Leanne M. Foster, 315 E. Hazelcroft Avenue, New Castle, PA 16105-2177 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 21, 2026          Signature:    /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 19, 2026 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Andrew L. Spivack | on behalf of Creditor Lakeview Loan Servicing LLC andrew.spivack@brockandscott.com, wbecf@brockandscott.com |
| Brenda Sue Bishop | on behalf of Creditor Commonwealth of Pennsylvania Department of Revenue Bureau of Compliance bbishop@attorneygeneral.gov |
| Brian C. Thompson | on behalf of Joint Debtor Leanne M. Foster bthompson@ThompsonAttorney.com bthompson@ecf.courtdrive.com;mgillespie@thompsonattorney.com;kfinke@thompsonattorney.com;skennedy@thompsonattorney.com;thompson.brianr111424@notify.bestcase.com |
| Brian C. Thompson | on behalf of Debtor Richard A. Foster bthompson@ThompsonAttorney.com bthompson@ecf.courtdrive.com;mgillespie@thompsonattorney.com;kfinke@thompsonattorney.com;skennedy@thompsonattorney.com;thompson.brianr111424@notify.bestcase.com |

| District/off: 0315-2 | User: auto | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Feb 19, 2026 | Form ID: pdf900 | Total Noticed: 1 |

Charles O. Zebley, Jr.
  COZ@Zeblaw.com PA67@ecfcbis.com;Lyndie@Zeblaw.com

Charles O. Zebley, Jr.
  on behalf of Trustee Charles O. Zebley Jr. COZ@Zeblaw.com, PA67@ecfcbis.com;Lyndie@Zeblaw.com

Denise Carlon
  on behalf of Creditor Lakeview Loan Servicing LLC dcarlon@kmllawgroup.com

Lauren Moyer
  on behalf of Creditor U.S. Bank Trust National Association as Trustee for Pad Series IV Trust bkecf@friedmanvartolo.com, bankruptcy@friedmanvartolo.com

Lauren Moyer
  on behalf of Creditor SN Servicing Corporation as servicer for U.S. Bank Trust National Association as Trustee of Dwelling Series IV Trust bkecf@friedmanvartolo.com, bankruptcy@friedmanvartolo.com

Mario J. Hanyon
  on behalf of Creditor Lakeview Loan Servicing LLC wbecf@brockandscott.com, mario.hanyon@brockandscott.com

Mario J. Hanyon
  on behalf of Creditor Lakeview Loan Servicing LLC enote vesting-- Nationstar Mortgage LLC wbecf@brockandscott.com, mario.hanyon@brockandscott.com

Office of the United States Trustee
  ustpregion03.pi.ecf@usdoj.gov

TOTAL: 12