**Form RSC**

# United States Bankruptcy Court

## WESTERN DISTRICT OF PENNSYLVANIA

**RESCHEDULED MEETING NOTICE**
NOTICE COMMENCEMENT OF CASE UNDER CHAPTER 7
OF THE BANKRUPTCY CODE
MEETING OF CREDITORS, AND FIXING OF DATES

**Case No. 22–21999–JAD**
Date Converted:

In re: Debtor(s) (name(s) used by the debtor(s) in the last 6 years, including married, maiden, trade, and address):

| | |
|---|---|
| Richard A. Foster | Leanne M. Foster |
| 315 E. Hazelcroft Avenue | 315 E. Hazelcroft Avenue |
| New Castle, PA 16105 | New Castle, PA 16105 |

Social Security No.:
  xxx–xx–4331                                           xxx–xx–0855

Employer's Tax I.D. No.:

NAME/ADDRESS OF ATTORNEY FOR DEBTOR          NAME/ADDRESS OF TRUSTEE
Brian C. Thompson                            Charles O. Zebley Jr.
Thompson Law Group , PC                      P.O. Box 2124
301 Smith Drive                              Uniontown, PA 15401
Suite 6                                      Telephone number:  724–439–9200
Cranberry Township, PA 16066
Telephone number:  724–799–8404

DATE/TIME/LOCATION OF MEETING OF
CREDITORS
April 24, 2026
12:30 PM
Zoom video meeting. Go to Zoom.us/join, Enter Meeting
ID 711 101 8337, and Passcode 6931919247, call
1–412–543–8294

**FAILURE OF THE DEBTOR(S) TO APPEAR AT THE MEETING OF
CREDITORS WILL RESULT IN AN ORDER TO SHOW CAUSE WHY
THE CASE SHOULD NOT BE DISMISSED.**

Dated: 3/16/26                               BY THE COURT

                                             Jeffery A. Deller
                                             Judge

United States Bankruptcy Court

Western District of Pennsylvania

| In re: | Case No. 22-21999-JAD |
|---|---|
| Richard A. Foster | Chapter 7 |
| Leanne M. Foster | |
| Debtors | |

# CERTIFICATE OF NOTICE

| District/off: 0315-2 | User: auto | Page 1 of 6 |
|---|---|---|
| Date Rcvd: Mar 16, 2026 | Form ID: rsc | Total Noticed: 108 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 18, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Richard A. Foster, Leanne M. Foster, 315 E. Hazelcroft Avenue, New Castle, PA 16105-2177 |
| aty | + | Thompson Law Group, P.C., 301 Smith Drive, Suite 6, Cranberry Township, PA 16066-4131 |
| r | + | Keri Thomas, Keller Williams Steel City Realty, 1001 Village Run Road, Suite 200, Wexford, PA 15090-8605 |
| cr | + | Lakeview Loan Servicing, LLC enote vesting-- Natio, 8950 Cypress Waters Boulevard, Coppell, TX 75019-4620 |
| 16633812 | | Comenity/Michaels, P O Box 659705, San Antonio, TX 78265 |
| 15524035 | + | Elizur, 9800A McKnight Road, Pittsburgh, PA 15237-6032 |
| 16633819 | + | Fortiva/Bobs Discount Furniture, PO Box 105096, Atlanta, GA 30348-5096 |
| 15524042 | + | Health Care Solutions, PO Box 690397, Orlando, FL 32869-0397 |
| 16633821 | | Jefferson Capital Systems, LLC 16, McLeland Road, Saint Cloud, MN 56303 |
| 16633820 | + | Jefferson Capital, LLC/Mission Lane, PO Box 7999, Saint Cloud, MN 56302-7999 |
| 16443936 | + | Lakeview Loan Servicing, LLC, 7515 Irvine Center Drive, Irvine, CA 92618-2913 |
| 16633829 | + | RevNow, 100 Ashley Dr S, Ste 600 - 1409, Tampa, FL 33602-5300 |

TOTAL: 12

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Mar 17 2026 02:04:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Mar 17 2026 02:04:00 | Pennsylvania Dept. of Revenue, Department 280946, P.O. Box 280946, ATTN: BANKRUPTCY DIVISION, Harrisburg, PA 17128-0946 |
| cr | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Mar 17 2026 02:04:00 | Commonwealth of Pennsylvania Department of Revenue, Dept. 280946, P.O. Box 280946, ATTN:BANKRUPTCY DIVISION, Harriburg, PA 17128-0946 |
| cr | + | Email/PDF: acg.acg.ebn@aisinfo.com | Mar 17 2026 02:07:35 | Exeter Finance LLC, c/o AIS Portfolio Services, LL, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| cr | | Email/Text: JCAP_BNC_Notices@jcap.com | Mar 17 2026 02:04:00 | Jefferson Capital Systems, LLC, PO Box 7999, St Cloud, MN 5632-9617 |
| cr | + | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Mar 17 2026 02:07:35 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| cr | ^ | MEBN | Mar 17 2026 01:54:55 | SN Servicing Corporation as servicer for U.S. Bank, Friedman Vartolo LLP, 1325 Franklin Avenue Suite 160, Garden City, NY 11530-1631 |
| 16633807 | + | Email/Text: legal@arsnational.com | Mar 17 2026 02:04:00 | ARS National Services Inc., PO Box 463023, Escondido, CA 92046-3023 |
| 15524017 | + | Email/Text: melindaf@aasdebtrecoveryinc.com | Mar 17 2026 02:04:00 | Aas Debt Rec, Pob 129, Monroeville, PA |

District/off: 0315-2        User: auto        Page 2 of 6

Date Rcvd: Mar 16, 2026        Form ID: rsc        Total Noticed: 108

| Recip | | Notice Method | Date/Time | Address |
|---|---|---|---|---|
| | | | | 15146-0129 |
| 15524018 | + | Email/Text: bankruptcy@rentacenter.com | Mar 17 2026 02:05:00 | AcceptanceNOW, Attn: Bankruptcy, 5501 Headquarters Drive, Plano, TX 75024-5837 |
| 15524019 | + | Email/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM | Mar 17 2026 02:04:00 | AmeriCredit/GM Financial, Attn: Bankruptcy, Po Box 183853, Arlington, TX 76096-3853 |
| 16633830 | + | Email/Text: Atlanticus@ebn.phinsolutions.com | Mar 17 2026 02:03:00 | Aspire, P.O. Box 105555, Atlanta, GA 30348-5555 |
| 15524031 | | Email/Text: cfcbackoffice@contfinco.com | Mar 17 2026 02:04:00 | Continental Finance Company, Attn: Bankruptcy, Po Box 8099, Newark, DE 19714 |
| 16633816 | | Email/Text: bankruptcy@creditfresh.com | Mar 17 2026 02:03:00 | Credit Fresh, 200 Continental Drive, Suite 401, Newark, DE 19713 |
| 15527733 | | Email/PDF: MerrickBKNotifications@Resurgent.com | Mar 17 2026 02:07:32 | CW Nexus Credit Card Holdings l, LLC, Resurgent Capital Services, PO Box 10368, Greenville, SC 29603-0368 |
| 15524020 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Mar 17 2026 02:07:20 | Capital One, Attn: Bnakruptcy, P.O. Box 30285, Salt Lake City, UT 84130-0285 |
| 15524021 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Mar 17 2026 02:07:33 | Capital One, Po Box 31293, Salt Lake City, UT 84131-0293 |
| 15549125 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Mar 17 2026 02:07:20 | Capital One N.A., by American InfoSource as agent, PO Box 71083, Charlotte, NC 28272-1083 |
| 15524022 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Mar 17 2026 02:07:33 | Capital One NA, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 15524023 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Mar 17 2026 02:07:33 | Capital One/Menards, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 15524024 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Mar 17 2026 02:07:37 | Cbna, Attn: Bankruptcy, P.O. Box 6497, Sioux Falls, SD 57117-6497 |
| 15524025 | + | Email/PDF: ais.chase.ebn@aisinfo.com | Mar 17 2026 02:07:20 | Chase Card Services, Attn: Bankruptcy, P.O. 15298, Wilmington, DE 19850-5298 |
| 15524026 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Mar 17 2026 02:07:24 | Citibank, Attn: Bankruptcy, P.O. Box 790034, St Louis, MO 63179-0034 |
| 15553550 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Mar 17 2026 02:07:24 | Citibank, N.A., 5800 S Corporate Pl, Sioux Falls, SD 57108-5027 |
| 15524027 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Mar 17 2026 02:07:51 | Citibank/The Home Depot, Citicorp Credit Srvs/Centralized Bk dept, Po Box 790034, St Louis, MO 63179-0034 |
| 15524028 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Mar 17 2026 02:04:00 | Comenity Bank/Bealls Florida, Attn: Bankruptcy, Po Box 182125, Columbus, OH 43218-2125 |
| 15524029 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Mar 17 2026 02:04:00 | Comenity Bank/Overstock, Attn: Bankruptcy, Po Box 182125, Columbus, OH 43218-2125 |
| 16633809 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Mar 17 2026 02:04:00 | Comenity-Torrid, Attn Bankruptcy, Po Box 182125, Columbus, OH 43218-2125 |
| 16633810 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Mar 17 2026 02:04:00 | Comenity/Big Lots, Attn Bankruptcy, Po Box 182125, Columbus, OH 43218-2125 |
| 16633808 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Mar 17 2026 02:04:00 | Comenity/Full Beauty, PO Box 182789, Columbus, OH 43218-2789 |
| 16633811 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Mar 17 2026 02:04:00 | Comenity/Woman Within, Attn Bankruptcy, Po Box 182125, Columbus, OH 43218-2125 |
| 15524030 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Mar 17 2026 02:04:00 | ComenityBank/Venus, Attn: Bankruptcy, Po Box 182125, Columbus, OH 43218-2125 |
| 16633813 | | Email/Text: GenesisFS@ebn.phinsolutions.com | Mar 17 2026 02:05:00 | Concora Credit/Destiny, P O Box 96451, Charlotte, NC 28296-0541 |

District/off: 0315-2                       User: auto                                    Page 3 of 6
Date Rcvd: Mar 16, 2026                    Form ID: rsc                                  Total Noticed: 108

| | | | |
|---|---|---|---|
| 16633814 | + Email/Text: GenesisFS@ebn.phinsolutions.com | Mar 17 2026 02:05:00 | Concora Credit/Indigo, PO Box 84049, Columbus, GA 31908-4049 |
| 16633815 | + Email/Text: GenesisFS@ebn.phinsolutions.com | Mar 17 2026 02:05:00 | Concora Credit/Milestone, PO Box 84049, Columbus, GA 31908-4049 |
| 15524032 | + Email/Text: ebnnotifications@creditacceptance.com | Mar 17 2026 02:03:00 | Credit Acceptance, Attn: Bankruptcy, 25505 West 12 Mile Road Ste 3000, Southfield, MI 48034-8331 |
| 16633817 | + Email/PDF: creditonebknotifications@resurgent.com | Mar 17 2026 02:07:21 | Credit One Bank/AMEX, P O Box 98872, Las Vegas, NV 89193-8872 |
| 15524045 | Email/PDF: Citi.BNC.Correspondence@citi.com | Mar 17 2026 02:07:51 | Macys/fdsb, Attn: Bankruptcy, 9111 Duke Boulevard, Mason, OH 45040 |
| 15524033 | + Email/Text: ElectronicBkyDocs@nelnet.studentaid.gov | Mar 17 2026 02:04:00 | Dept Of Ed/582/nelnet, Attn: Bankruptcy Claims/Nelnet, Po Box 82505, Lincoln, NE 68501-2505 |
| 15524034 | + Email/Text: mrdiscen@discover.com | Mar 17 2026 02:03:00 | Discover Financial, Attn: Bankruptcy, Po Box 3025, New Albany, OH 43054-3025 |
| 15563397 | + Email/Text: ECMCBKNotices@ecmc.org | Mar 17 2026 02:04:00 | ECMC, PO Box 16408, St Paul, MN 55116-0408 |
| 15524036 | Email/Text: exeter@ebn.phinsolutions.com | Mar 17 2026 02:04:00 | Exeter Finance LLC, Attn: Bankruptcy, Po Box 166008, Irving, TX 75016 |
| 15528987 | Email/Text: exeter@ebn.phinsolutions.com | Mar 17 2026 02:04:00 | Exeter Finance LLC, PO Box 650693, Dallas, TX 75265 |
| 15524037 | Email/Text: BNSFN@capitalsvcs.com | Mar 17 2026 02:03:00 | First National Bank/Legacy, Attn: Bankruptcy, Po Box 5097, Sioux Falls, SD 57117 |
| 15524039 | Email/Text: bk@freedomfinancialnetwork.com | Mar 17 2026 02:03:00 | Freedom Plus, Attn: Bankruptcy, Po Box 2340, Phoenix, AZ 85002 |
| 15545784 | Email/PDF: MerrickBKNotifications@Resurgent.com | Mar 17 2026 02:07:18 | Fair Square Financial LLC, Resurgent Capital Services, PO Box 10368, Greenville, SC 29603-0368 |
| 15524038 | + Email/PDF: ais.fpc.ebn@aisinfo.com | Mar 17 2026 02:07:49 | First Premier Bank, Attn: Bankruptcy, Po Box 5524, Sioux Falls, SD 57117-5524 |
| 16633818 | + Email/Text: Atlanticus@ebn.phinsolutions.com | Mar 17 2026 02:03:00 | Fortiva, PO Box 105555, Atlanta, GA 30348-5555 |
| 15524040 | + Email/PDF: ais.fpc.ebn@aisinfo.com | Mar 17 2026 02:07:36 | Fst Premier, Attn: Bk department, Po Box 5524, Sioux Falls, SD 57117-5524 |
| 15524041 | + Email/Text: GenesisFS@ebn.phinsolutions.com | Mar 17 2026 02:05:00 | Genesis Financial, Genesis FS Card Services, Po Box 4477, Beaverton, OR 97076-4401 |
| 15524043 | + Email/Text: sbse.cio.bnc.mail@irs.gov | Mar 17 2026 02:04:00 | Internal Revenue Service, PO Box 7346, Philadelphia, PA 19101-7346 |
| 15555350 | Email/Text: JCAP_BNC_Notices@jcap.com | Mar 17 2026 02:04:00 | Jefferson Capital Systems LLC, Po Box 7999, Saint Cloud MN 56302-9617 |
| 15524044 | + Email/PDF: AIS.cocard.ebn@aisinfo.com | Mar 17 2026 02:07:20 | Kohls/Capital One, Attn: Credit Administrator, Po Box 3043, Milwaukee, WI 53201-3043 |
| 16633823 | + Email/PDF: resurgentbknotifications@resurgent.com | Mar 17 2026 02:07:23 | LVNV Funding LLC, c/o Resurgent Capital Services, PO Box 1269, Greenville, SC 29602-1269 |
| 15525903 | Email/PDF: resurgentbknotifications@resurgent.com | Mar 17 2026 02:07:23 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 16633822 | + Email/PDF: resurgentbknotifications@resurgent.com | Mar 17 2026 02:07:23 | LVNV Funding, LLC, PO Box 10497, Greenville, SC 29603-0497 |
| 15525423 | Email/PDF: resurgentbknotifications@resurgent.com | Mar 17 2026 02:07:36 | LVNV Funding, LLC c/o Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |

District/off: 0315-2 | User: auto | Page 4 of 6
Date Rcvd: Mar 16, 2026 | Form ID: rsc | Total Noticed: 108

| 15555616 | + Email/Text: nsm_bk_notices@mrcooper.com | Mar 17 2026 02:03:00 | Lakeview Loan Servicing, LLC, c/o Nationstar Mortgage, LLC, Bankruptcy Department, PO Box 619096, Dallas, TX 75261-9096 |
| 16633825 | + Email/Text: bankruptcydpt@mcmcg.com | Mar 17 2026 02:04:00 | Midland Credit Management, PO Box 60578, Los Angeles, CA 90060-0578 |
| 16633824 | + Email/Text: bankruptcydpt@mcmcg.com | Mar 17 2026 02:04:00 | Midland Credit Management, 8875 Aero Drive Suite 200, San Diego, CA 92123-2255 |
| 15524046 | + Email/Text: bankruptcy@sccompanies.com | Mar 17 2026 02:05:00 | Midnight Velvet, Attn: Bankruptcy, 1112 7th Avenue, Monroe, WI 53566-1364 |
| 15524047 | + Email/Text: nsm_bk_notices@mrcooper.com | Mar 17 2026 02:03:00 | Mrc/united Wholesale M, Attn: Bankruptcy, P. O. Box 619098, Dallas, TX 75261-9098 |
| 15524048 | + Email/Text: ElectronicBkyDocs@nelnet.studentaid.gov | Mar 17 2026 02:04:00 | Nelnet, Attn: Bankruptcy Claims, Po Box 82505, Lincoln, NE 68501-2505 |
| 15524049 | + Email/PDF: MerrickBKNotifications@Resurgent.com | Mar 17 2026 02:07:18 | Ollo Card Services, Attn: Bankruptcy, Po Box 9222, Old Bethpage, NY 11804-9222 |
| 15555169 | + Email/Text: RVSVCBICNOTICE1@state.pa.us | Mar 17 2026 02:04:00 | PA Department of Revenue, Bankruptcy Division, PO Box 280946, Harrisburg, PA 17128-0946 |
| 16633826 | Email/Text: ProsperBK@prosper.com | Mar 17 2026 02:04:00 | Prosper, P .O. Box 886081, Los Angeles, CA 90088 |
| 16633827 | + Email/Text: bnc-quantum@quantum3group.com | Mar 17 2026 02:04:00 | Quantum3 Group LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 15553486 | Email/Text: bnc-quantum@quantum3group.com | Mar 17 2026 02:04:00 | Quantum3 Group LLC as agent for, Comenity Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 15553487 | Email/Text: bnc-quantum@quantum3group.com | Mar 17 2026 02:04:00 | Quantum3 Group LLC as agent for, Comenity Capital Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 15555620 | Email/Text: bnc-quantum@quantum3group.com | Mar 17 2026 02:04:00 | Quantum3 Group LLC as agent for, Velocity Investments LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 16637076 | Email/Text: bnc-quantum@quantum3group.com | Mar 17 2026 02:04:00 | Quantum3 Group LLC as agent for, Concora Credit Inc., PO Box 788, Kirkland, WA 98083-0788 |
| 16633828 | + Email/PDF: resurgentbknotifications@resurgent.com | Mar 17 2026 02:07:23 | Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 16444047 | + Email/PDF: resurgentbknotifications@resurgent.com | Mar 17 2026 02:07:23 | Resurgent Receivables LLC, PO Box 10587, Greenville, SC 29603-0587 |
| 15524050 | Email/Text: bknotices@snsc.com | Mar 17 2026 02:05:00 | SN Servicing Corporation, 323 5th Street, Eureka, CA 95501 |
| 16533867 | Email/Text: bknotices@snsc.com | Mar 17 2026 02:05:00 | SN Servicing Corporation, 323 Fifth Street, Eureka, CA 95501 |
| 15524051 | Email/Text: heather.morgan@ssmhealth.com | Mar 17 2026 02:04:00 | SSM Health, PO Box 411997, Saint Louis, MO 63141 |
| 15524052 | Email/Text: amieg@stcol.com | Mar 17 2026 02:03:00 | State Collection Service, Inc., 2509 S. Stoughton Rd., Madison, WI 53716 |
| 15524053 | + Email/PDF: ais.sync.ebn@aisinfo.com | Mar 17 2026 02:07:32 | Syncb/ebay, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 15524418 | + Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Mar 17 2026 02:07:35 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 15524054 | + Email/PDF: ais.sync.ebn@aisinfo.com | Mar 17 2026 02:07:18 | Synchrony Bank/Amazon, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 15524055 | + Email/PDF: ais.sync.ebn@aisinfo.com | Mar 17 2026 02:07:45 | Synchrony Bank/JCPenney, Attn: Bankruptcy, Po |

|  |  |  |  | Box 965060, Orlando, FL 32896-5060 |
| --- | --- | --- | --- | --- |
| 15524056 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Mar 17 2026 02:07:19 | Synchrony Bank/TJX, Attn: Bankruptcy, Po Box 965064, Orlando, FL 32896-5064 |
| 15553434 | + | Email/Text: bncmail@w-legal.com | Mar 17 2026 02:04:00 | TD Bank USA, N.A., C O WEINSTEIN & RILEY, PS, 2001 WESTERN AVENUE, STE 400, SEATTLE, WA 98121-3132 |
| 15524057 | + | Email/Text: bncmail@w-legal.com | Mar 17 2026 02:04:00 | Target Nb, C/O Financial & Retail Services, Mailstop BT PO Box 9475, Minneapolis, MN 55440-9475 |
| 15524058 | + | Email/Text: jill.locnikar@usdoj.gov | Mar 17 2026 02:04:00 | U.S. Attorneys Office, Western District of PA, 4000 U.S. Post Office & Courthouse, 700 Grant Street, Pittsburgh, PA 15219-1906 |
| 15555297 | ^ | MEBN | Mar 17 2026 01:54:31 | U.S. Bank Trust National Association, as Trustee of Dwelling Series IV Trust, c/o SN Servicing Corporation, 323 Fifth Street, Eureka, CA 95501-0305 |
| 15524059 |  | Email/Text: bknotice@upgrade.com | Mar 17 2026 02:03:00 | Upgrade, Inc., Attn: Bankruptcy, 275 Battery Street 23rd Floor, San Francisco, CA 94111 |
| 15555240 |  | Email/Text: BNCnotices@dcmservices.com | Mar 17 2026 02:04:00 | UPMC HEALTH SERVICES, PO BOX 1123, MINNEAPOLIS, MN 55440-1123 |
| 15524060 | ^ | MEBN | Mar 17 2026 01:54:42 | UPMC Health Services, PO Box 371472, Pittsburgh, PA 15250-7472 |
| 15555239 |  | Email/Text: BNCnotices@dcmservices.com | Mar 17 2026 02:04:00 | UPMC PHYSICIAN SERVICES, PO BOX 1123, MINNEAPOLIS, MN 55440-1123 |
| 15524063 | + | Email/Text: USB_BNC_Emails@g2risksolutions.com | Mar 17 2026 02:04:00 | US Bank/RMS, Attn: Bankruptcy, Po Box 5229, Cincinnati, OH 45201-5229 |
| 15528006 | + | Email/Text: ElectronicBkyDocs@nelnet.studentaid.gov | Mar 17 2026 02:04:00 | US Department of Education c/o Nelnet, 121 South 13th Street, Lincoln, NE 68508-1911 |
| 15524061 | + | Email/Text: UpStart@ebn.phinsolutions.com | Mar 17 2026 02:04:00 | Upstart, Upstart Operations/ Attn:Bankruptcy, Po Box 1503, San Carlos, CA 94070-7503 |
| 15524062 | + | Email/Text: UpStart@ebn.phinsolutions.com | Mar 17 2026 02:04:00 | Upstart Finance, Attn: Bankruptcy, Po Box 1503, San Carlos, CA 94070-7503 |
| 15527503 | + | Email/Text: peritus@ebn.phinsolutions.com | Mar 17 2026 02:05:00 | Upstart Network, Inc, c/o Peritus Portfolio Services II, LLC, P.O. Box 1149, Grapevine, TX 76099-1149 |
| 15553478 |  | Email/PDF: ebn_ais@aisinfo.com | Mar 17 2026 02:07:37 | Verizon, by American InfoSource as agent, PO Box 4457, Houston, TX 77210-4457 |

TOTAL: 96

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
| --- | --- | --- |
| cr |  | Lakeview Loan Servicing, LLC |
| cr |  | U.S. Bank Trust National Association, as Trustee |
| cr |  | Upstart Network, Inc |
| cr | *+ | Resurgent Receivables LLC, PO Box 10587, Greenville, SC 29603-0587 |
| cr | *+ | Upstart Network, Inc, c/o Peritus Portfolio Services II, LLC, P.O. Box 1149, Grapevine, TX 76099-1149 |
| 16444049 | *+ | Resurgent Receivables LLC, PO Box 10587, Greenville, SC 29603-0587 |

TOTAL: 3 Undeliverable, 3 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

District/off: 0315-2                         User: auto                                    Page 6 of 6

Date Rcvd: Mar 16, 2026                      Form ID: rsc                                Total Noticed: 108

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 18, 2026                    Signature:          /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 16, 2026 at the address(es) listed below:**

| Name | Email Address |
| --- | --- |
| Andrew L. Spivack | on behalf of Creditor Lakeview Loan Servicing  LLC andrew.spivack@brockandscott.com, wbecf@brockandscott.com |
| Brenda Sue Bishop | on behalf of Creditor Commonwealth of Pennsylvania Department of Revenue Bureau of Compliance bbishop@attorneygeneral.gov |
| Brian C. Thompson | on behalf of Joint Debtor Leanne M. Foster bthompson@ThompsonAttorney.com bthompson@ecf.courtdrive.com;mgillespie@thompsonattorney.com;kfinke@thompsonattorney.com;skennedy@thompsonattorney.com;thompson.brianr111424@notify.bestcase.com |
| Brian C. Thompson | on behalf of Debtor Richard A. Foster bthompson@ThompsonAttorney.com bthompson@ecf.courtdrive.com;mgillespie@thompsonattorney.com;kfinke@thompsonattorney.com;skennedy@thompsonattorney.com;thompson.brianr111424@notify.bestcase.com |
| Charles O. Zebley, Jr. | on behalf of Trustee Charles O. Zebley  Jr. COZ@Zeblaw.com, PA67@ecfcbis.com;Lyndie@Zeblaw.com |
| Charles O. Zebley, Jr. | COZ@Zeblaw.com  PA67@ecfcbis.com;Lyndie@Zeblaw.com |
| Denise Carlon | on behalf of Creditor Lakeview Loan Servicing  LLC dcarlon@kmllawgroup.com |
| Lauren Moyer | on behalf of Creditor SN Servicing Corporation as servicer for U.S. Bank Trust National Association  as Trustee of Dwelling Series IV Trust bkecf@friedmanvartolo.com, bankruptcy@friedmanvartolo.com |
| Lauren Moyer | on behalf of Creditor U.S. Bank Trust National Association  as Trustee for Pad Series IV Trust bkecf@friedmanvartolo.com, bankruptcy@friedmanvartolo.com |
| Mario J. Hanyon | on behalf of Creditor Lakeview Loan Servicing  LLC enote vesting-- Nationstar Mortgage LLC wbecf@brockandscott.com, mario.hanyon@brockandscott.com |
| Mario J. Hanyon | on behalf of Creditor Lakeview Loan Servicing  LLC wbecf@brockandscott.com, mario.hanyon@brockandscott.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |

TOTAL: 12