FILED
4/9/26 9:55 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **IN RE: Richard A. Foster and** | : | **Case No. 22-21999-JAD** |
| **Leanne M. Foster,** | : | |
| **Debtors.** | : | **Chapter 13** |
| | : | |
| **Brian C. Thompson, Esquire,** | : | |
| **Thompson Law Group, P.C.,** | : | Doc. # 215 |
| | : | |
| **Movant,** | : | |
| | : | |
| **v.** | : | |
| | : | |
| **Richard A. Foster and** | : | |
| **Leanne M. Foster;** | : | |
| **Ronda J. Winnecour, Trustee,** | : | |
| | : | |
| **Respondents.** | : | |

## ORDER OF COURT

AND NOW, this __9th__ day of _____April_____, 2026, upon consideration

of the Motion to Withdraw as Counsel, it is hereby ORDERED, ADJUDGED and

DECREED that Brian C. Thompson, Esquire is permitted to withdraw as counsel, and his

appearance is hereby withdrawn.  It is Further Ordered that the hearing scheduled for May
12, 2026, is cancelled.

_____
United States Bankruptcy Judge
Jeffery A. Deller