FILED
4/9/26 9:55 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE: Richard A. Foster and | : | Case No. 22-21999-JAD |
| Leanne M. Foster, | : | |
| Debtors. | : | Chapter 13 |
| | : | |
| Brian C. Thompson, Esquire, | : | |
| Thompson Law Group, P.C., | : | Doc. # 215 |
| | : | |
| Movant, | : | |
| | : | |
| v. | : | |
| | : | |
| Richard A. Foster and | : | |
| Leanne M. Foster; | : | |
| Ronda J. Winnecour, Trustee, | : | |
| | : | |
| Respondents. | : | |

## ORDER OF COURT

AND NOW, this ___9th___ day of _____April_____, 2026, upon consideration

of the Motion to Withdraw as Counsel, it is hereby ORDERED, ADJUDGED and

DECREED that Brian C. Thompson, Esquire is permitted to withdraw as counsel, and his

appearance is hereby withdrawn.   It is Further Ordered that the hearing scheduled for May

12, 2026, is cancelled.

_____ jsf
United States Bankruptcy Judge
Jeffery A. Deller

United States Bankruptcy Court

Western District of Pennsylvania

In re:

Richard A. Foster

Leanne M. Foster

    Debtors

Case No. 22-21999-JAD

Chapter 7

# CERTIFICATE OF NOTICE

District/off: 0315-2

Date Rcvd: Apr 09, 2026

User: auto

Form ID: pdf900

Page 1 of 2

Total Noticed: 2

The following symbols are used throughout this certificate:

**Symbol**    **Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 11, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| aty | + | Thompson Law Group, P.C., 301 Smith Drive, Suite 6, Cranberry Township, PA 16066-4131 |
| | + | Brian C. Thompson, Esq., 301 Smith Drive, Suite 6, Cranberry Township, PA 16066-4131 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 11, 2026        Signature:     /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 9, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Andrew L. Spivack | on behalf of Creditor Lakeview Loan Servicing  LLC andrew.spivack@brockandscott.com, wbecf@brockandscott.com |
| Brenda Sue Bishop | on behalf of Creditor Commonwealth of Pennsylvania Department of Revenue Bureau of Compliance bbishop@attorneygeneral.gov |
| Brian C. Thompson | on behalf of Debtor Richard A. Foster bthompson@ThompsonAttorney.com bthompson@ecf.courtdrive.com;mgillespie@thompsonattorney.com;kfinke@thompsonattorney.com;skennedy@thompsonattorney.com;thompson.brianr111424@notify.bestcase.com |
| Brian C. Thompson | on behalf of Joint Debtor Leanne M. Foster bthompson@ThompsonAttorney.com bthompson@ecf.courtdrive.com;mgillespie@thompsonattorney.com;kfinke@thompsonattorney.com;skennedy@thompsonattorne |

District/off: 0315-2                                    User: auto                                    Page 2 of 2

Date Rcvd: Apr 09, 2026                              Form ID: pdf900                              Total Noticed: 2

y.com;thompson.brianr111424@notify.bestcase.com

Charles O. Zebley, Jr.

COZ@Zeblaw.com  PA67@ecfcbis.com;Lyndie@Zeblaw.com

Charles O. Zebley, Jr.

on behalf of Trustee Charles O. Zebley  Jr. COZ@Zeblaw.com, PA67@ecfcbis.com;Lyndie@Zeblaw.com

David Z. Valencik

on behalf of Debtor Richard A. Foster dvalencik@c-vlaw.com
kmosur@c-vlaw.com;ssimmons@c-vlaw.com;apratt@c-vlaw.com;ncalaiaro@c-vlaw.com;aopoku@c-vlaw.com;Valencik.DavidR
141044@notify.bestcase.com;asmith@c-vlaw.com

David Z. Valencik

on behalf of Joint Debtor Leanne M. Foster dvalencik@c-vlaw.com
kmosur@c-vlaw.com;ssimmons@c-vlaw.com;apratt@c-vlaw.com;ncalaiaro@c-vlaw.com;aopoku@c-vlaw.com;Valencik.DavidR
141044@notify.bestcase.com;asmith@c-vlaw.com

Denise Carlon

on behalf of Creditor Lakeview Loan Servicing  LLC denise.carlon@mccalla.com, mccallaecf@ecf.courtdrive.com

Lauren Moyer

on behalf of Creditor U.S. Bank Trust National Association  as Trustee for Pad Series IV Trust bkecf@friedmanvartolo.com,
bankruptcy@friedmanvartolo.com

Lauren Moyer

on behalf of Creditor SN Servicing Corporation as servicer for U.S. Bank Trust National Association  as Trustee of Dwelling
Series IV Trust bkecf@friedmanvartolo.com, bankruptcy@friedmanvartolo.com

Mario J. Hanyon

on behalf of Creditor Lakeview Loan Servicing  LLC wbecf@brockandscott.com, mario.hanyon@brockandscott.com

Mario J. Hanyon

on behalf of Creditor Lakeview Loan Servicing  LLC enote vesting-- Nationstar Mortgage LLC wbecf@brockandscott.com,
mario.hanyon@brockandscott.com

Office of the United States Trustee

ustpregion03.pi.ecf@usdoj.gov


TOTAL: 14