IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re: | : | Case No. 22-21999 JAD |
| | : | |
| Richard A. Foster and Leanne M. Foster, | : | Chapter 13 |
| | : | |
| | : | Document No.   223 |
| Debtors, | : | |
| | : | Related to Document No.   204 |
| Richard A. Foster and Leanne M. Foster, | : | |
| | : | |
| | : | |
| Movants, | : | |
| | : | |
| vs. | : | |
| | | |
| No Respondents. | X | |

_____

ORDER

AND NOW, this ____11th____ day of _____May_____, 2026, the Motion to Convert Chapter 7 Case to Chapter 13 filed at Document No. 204 is hereby WITHDRAWN.   The hearing scheduled for 5/12/2026 is CANCELLED.

Prepared by Daniel R. White, Esq.

By the Court,

_____ sjk
United States Bankruptcy Judge
Jeffery A. Deller

FILED
5/11/26 8:42 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

1

United States Bankruptcy Court

Western District of Pennsylvania

In re:                                                                          Case No. 22-21999-JAD

Richard A. Foster                                                      Chapter 7

Leanne M. Foster

     Debtors

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-2 | User: auto | Page 1 of 2 |
| Date Rcvd: May 11, 2026 | Form ID: pdf900 | Total Noticed: 2 |

The following symbols are used throughout this certificate:
**Symbol        Definition**

+          Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 13, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Richard A. Foster, Leanne M. Foster, 315 E. Hazelcroft Avenue, New Castle, PA 16105-2177 |
| aty | + | Thompson Law Group, P.C., 301 Smith Drive, Suite 6, Cranberry Township, PA 16066-4131 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 13, 2026                          Signature:          /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 11, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Andrew L. Spivack | on behalf of Creditor Lakeview Loan Servicing  LLC andrew.spivack@brockandscott.com, wbecf@brockandscott.com |
| Brenda Sue Bishop | on behalf of Creditor Commonwealth of Pennsylvania Department of Revenue Bureau of Compliance bbishop@attorneygeneral.gov |
| Charles O. Zebley, Jr. | COZ@Zeblaw.com PA67@ecfcbis.com;Lyndie@Zeblaw.com |
| Charles O. Zebley, Jr. | on behalf of Trustee Charles O. Zebley  Jr. COZ@Zeblaw.com, PA67@ecfcbis.com;Lyndie@Zeblaw.com |
| Daniel R. White | on behalf of Joint Debtor Leanne M. Foster r63228@notify.bestcase.com;kcostello@c-vlaw.com;ethomas@c-vlaw.com |

District/off: 0315-2        User: auto        Page 2 of 2

Date Rcvd: May 11, 2026        Form ID: pdf900        Total Noticed: 2

Daniel R. White
> on behalf of Debtor Richard A. Foster r63228@notify.bestcase.com;kcostello@c-vlaw.com;ethomas@c-vlaw.com

David Z. Valencik
> on behalf of Joint Debtor Leanne M. Foster dvalencik@c-vlaw.com
> kmosur@c-vlaw.com;ssimmons@c-vlaw.com;apratt@c-vlaw.com;ncalaiaro@c-vlaw.com;aopoku@c-vlaw.com;Valencik.DavidR
> 141044@notify.bestcase.com;asmith@c-vlaw.com

David Z. Valencik
> on behalf of Debtor Richard A. Foster dvalencik@c-vlaw.com
> kmosur@c-vlaw.com;ssimmons@c-vlaw.com;apratt@c-vlaw.com;ncalaiaro@c-vlaw.com;aopoku@c-vlaw.com;Valencik.DavidR
> 141044@notify.bestcase.com;asmith@c-vlaw.com

Lauren Moyer
> on behalf of Creditor U.S. Bank Trust National Association  as Trustee for Pad Series IV Trust bkecf@friedmanvartolo.com,
> bankruptcy@friedmanvartolo.com

Lauren Moyer
> on behalf of Creditor SN Servicing Corporation as servicer for U.S. Bank Trust National Association  as Trustee of Dwelling
> Series IV Trust bkecf@friedmanvartolo.com, bankruptcy@friedmanvartolo.com

Mario J. Hanyon
> on behalf of Creditor Lakeview Loan Servicing  LLC wbecf@brockandscott.com, mario.hanyon@brockandscott.com

Mario J. Hanyon
> on behalf of Creditor Lakeview Loan Servicing  LLC enote vesting-- Nationstar Mortgage LLC wbecf@brockandscott.com,
> mario.hanyon@brockandscott.com

Matthew Fissel
> on behalf of Creditor Lakeview Loan Servicing  LLC bkgroup@kmllawgroup.com, wbecf@brockandscott.com

Office of the United States Trustee
> ustpregion03.pi.ecf@usdoj.gov


TOTAL: 14