# UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF PENNSYLVANIA

IN RE:

    RICHARD A. FOSTER  
    LEANNE M. FOSTER  
        Debtor(s)

Case No.:22-21999 JAD

  Ronda J. Winnecour  
      Movant

Document No.:

    vs.  
  No Repondents.

---

## TRUSTEE'S AMENDED REPORT OF RECEIPTS AND DISBURSEMENTS

Ronda J. Winnecour, Trustee for the above case, submits the following final report and account of the administration of the estate pursuant to 11 USC 1302 (b) (1).

    1.  The case was filed on 10/10/2022  and confirmed on 04/28/2023 .  The case was subsequently    (D)
CONVERTED AFTER CONFIRMATION FUNDS TO DEBTOR

    2. The Trustee made the following disbursements.

| | | |
|---|---:|---:|
| Total Receipts | | 126,597.00 |
| Less Refunds to Debtor | 0.00 | |
| TOTAL AMOUNT OF PLAN FUND | | 126,597.00 |
| | | |
| Administrative Fees | | |
|   Filing Fee | 0.00 | |
|   Notice Fee | 0.00 | |
|   Attorney Fee | 7,917.24 | |
|   Trustee Fee | 7,334.13 | |
|   Court Ordered Automotive Insurance | 0.00 | |
| TOTAL ADMINISTRATIVE FEES | | 15,251.37 |

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| Secured | | | | |
|   LAKEVIEW LOAN SERVICING LLC | 0.00 | 35,198.24 | 0.00 | 35,198.24 |
|     Acct: 0728 | | | | |
|   US BANK TRUST NA - TRUSTEE ET AL | 0.00 | 26,133.59 | 0.00 | 26,133.59 |
|     Acct: 5783 | | | | |
|   US BANK TRUST NA - TRUSTEE ET AL | 4,897.69 | 4,897.69 | 0.00 | 4,897.69 |
|     Acct: 5783 | | | | |
|   LAKEVIEW LOAN SERVICING LLC | 9,440.86 | 9,440.86 | 0.00 | 9,440.86 |
|     Acct: 0728 | | | | |
|   CREDIT ACCEPTANCE CORP* | 14,578.83 | 7,635.46 | 1,378.23 | 9,013.69 |
|     Acct: 0803 | | | | |
|   EXETER FINANCE LLC(*) | 15,764.86 | 8,256.49 | 1,490.40 | 9,746.89 |
|     Acct: 3870 | | | | |
| | | | | 94,430.96 |
| Priority | | | | |
|   BRIAN C THOMPSON ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   RICHARD A. FOSTER | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |

| 22-21999 JAD | TRUSTEE'S AMENDED REPORT OF RECEIPTS AND DISBURSEMENTS | | | | Page 2 of 5 |
|---|---|---|---|---|---|
| Creditor Type   Creditor Name | | Claim Amount | Prin Paid | Int Paid | Total Paid |
| **Priority** | | | | | |
| RICHARD A. FOSTER | | 5.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | | |
| THOMPSON LAW GROUP PC | | 4,250.00 | 4,250.00 | 0.00 | 0.00 |
| Acct: | | | | | |
| THOMPSON LAW GROUP PC | | 3,667.24 | 3,667.24 | 0.00 | 0.00 |
| Acct: XXXXXXXXXXXXXXXXXXXXXXXXXX3-23 | | | | | |
| THOMPSON LAW GROUP PC | | 4,892.56 | 0.00 | 0.00 | 0.00 |
| Acct: XXXXXXXXXXXXXXXXXXXXXXXXXXXX0-25 | | | | | |
| INTERNAL REVENUE SERVICE* | | 9,117.76 | 4,106.51 | 0.00 | 4,106.51 |
| Acct: 4331 | | | | | |
| PA DEPARTMENT OF REVENUE* | | 19,442.71 | 6,047.37 | 0.00 | 6,047.37 |
| Acct: 4331 | | | | | |
| RONDA J WINNECOUR TRUSTEE/CLERK | | 5.00 | 5.00 | 0.00 | 5.00 |
| Acct: XXXXXXXXXXXXXXXXXX1999 | | | | | |
| | | | | | 10,158.88 |
| **Unsecured** | | | | | |
| US DEPARTMENT OF EDUCATION | | 74,000.00 | 6,755.79 | 0.00 | 6,755.79 |
| Acct: 0855 | | | | | |
| FIRST COMMONWEALTH BANK** | | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 8003 | | | | | |
| ACCEPTANCE NOW | | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 5533 | | | | | |
| AMERICREDIT FINANCIAL SVCS INC DBA | | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 6786 | | | | | |
| CAPITAL ONE BANK USA NA | | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 0001 | | | | | |
| CAPITAL ONE BANK USA NA | | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 4659 | | | | | |
| CAPITAL ONE BANK USA NA | | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 3660 | | | | | |
| CAPITAL ONE BANK USA NA | | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 2990 | | | | | |
| CAPITAL ONE BANK USA NA | | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 2288 | | | | | |
| CAPITAL ONE BANK USA NA | | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 7037 | | | | | |
| CAPITAL ONE BANK USA NA | | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 3891 | | | | | |
| LVNV FUNDING LLC | | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 7999 | | | | | |
| CAPITAL ONE BANK (USA) NA BY AMERIC. | | 614.81 | 0.00 | 0.00 | 0.00 |
| Acct: 9406 | | | | | |
| CITIBANK NA | | 1,347.11 | 0.00 | 0.00 | 0.00 |
| Acct: 0840 | | | | | |
| CHASE CARD SERVICES** | | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 3811 | | | | | |
| CITIBANK** | | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 7526 | | | | | |
| CITIBANK** | | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 1802 | | | | | |
| COMENITY BANK++ | | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 6152 | | | | | |
| COMENITY BANK++ | | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 8040 | | | | | |
| QUANTUM3 GROUP LLC - AGENT FOR CC | | 657.46 | 0.00 | 0.00 | 0.00 |
| Acct: 4650 | | | | | |
| QUANTUM3 GROUP LLC - AGENT FOR CC | | 855.39 | 0.00 | 0.00 | 0.00 |
| Acct: 5870 | | | | | |

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---|---|---|---|
| **Unsecured** | | | | |
| QUANTUM3 GROUP LLC - AGENT FOR CC | 838.60 | 0.00 | 0.00 | 0.00 |
| Acct: 6167 | | | | |
| CONTINENTAL FINANCE | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 1731 | | | | |
| DEPARTMENT OF EDUCATION/NELNET | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 4655 | | | | |
| DEPARTMENT OF EDUCATION/NELNET | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 7455 | | | | |
| DEPARTMENT OF EDUCATION/NELNET | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 3455 | | | | |
| DEPARTMENT OF EDUCATION/NELNET | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 4155 | | | | |
| DISCOVER BANK(*) | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 0959 | | | | |
| DISCOVER BANK(*) | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 3478 | | | | |
| DISCOVER BANK(*) | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 7939 | | | | |
| DISCOVER BANK(*) | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 8185 | | | | |
| DISCOVER BANK(*) | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 7549 | | | | |
| ELIZUR CORP | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| FIRST NATIONAL BANK | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 8929 | | | | |
| FIRST PREMIER BANK | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 1273 | | | | |
| FREEDOM PLUS | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 8922 | | | | |
| FIRST PREMIER BANK | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 8110 | | | | |
| GENESIS FS CARD SERVICES | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 5429 | | | | |
| HEALTH CARE SOLUTIONS | 293.97 | 0.00 | 0.00 | 0.00 |
| Acct: 4706 | | | | |
| KOHLS DEPARTMENT STORE | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 9674 | | | | |
| DEPARTMENT STORES NATIONAL BANK/I | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 2260 | | | | |
| DEPARTMENT STORES NATIONAL BANK/I | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 8669 | | | | |
| DEPARTMENT STORES NATIONAL BANK/I | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 1608 | | | | |
| MIDNIGHT VELVET | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 092O | | | | |
| ECMC(*) | 21,581.12 | 0.00 | 0.00 | 0.00 |
| Acct: 0855 | | | | |
| RESURGENT RECEIVABLES LLC | 1,788.53 | 0.00 | 0.00 | 0.00 |
| Acct: 5390 | | | | |
| RESURGENT RECEIVABLES LLC | 1,151.01 | 0.00 | 0.00 | 0.00 |
| Acct: 9267 | | | | |
| SSM HEALTH | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| STATE COLLECTION SERVICE INC | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| SYNCHRONY BANK** | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 5757 | | | | |
| LVNV FUNDING LLC | 629.41 | 0.00 | 0.00 | 0.00 |

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| **Unsecured** | | | | |
| Acct: 8681 | | | | |
| LVNV FUNDING LLC | 429.09 | 0.00 | 0.00 | 0.00 |
| Acct: 9585 | | | | |
| SYNCHRONY BANK** | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 0980 | | | | |
| TARGET | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 8978 | | | | |
| TARGET | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 7866 | | | | |
| TD BANK USA NA** | 401.55 | 0.00 | 0.00 | 0.00 |
| Acct: 3304 | | | | |
| TD BANK USA NA** | 205.22 | 0.00 | 0.00 | 0.00 |
| Acct: 1187 | | | | |
| LVNV FUNDING LLC | 5,542.23 | 0.00 | 0.00 | 0.00 |
| Acct: 1385 | | | | |
| UPMC HEALTH SERVICES | 1,446.18 | 0.00 | 0.00 | 0.00 |
| Acct: 4331 | | | | |
| UPMC PHYSICIAN SERVICES | 1,227.95 | 0.00 | 0.00 | 0.00 |
| Acct: 4331 | | | | |
| UPSTART NETWORK | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 9658 | | | | |
| UPSTART NETWORK INC | 14,325.32 | 0.00 | 0.00 | 0.00 |
| Acct: 1519 | | | | |
| UPSTART NETWORK INC | 9,445.92 | 0.00 | 0.00 | 0.00 |
| Acct: 6676 | | | | |
| US BANK NA** | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 3618 | | | | |
| LVNV FUNDING LLC | 976.77 | 0.00 | 0.00 | 0.00 |
| Acct: 9944 | | | | |
| LVNV FUNDING LLC | 15,489.38 | 0.00 | 0.00 | 0.00 |
| Acct: 8321 | | | | |
| LVNV FUNDING LLC | 9,967.08 | 0.00 | 0.00 | 0.00 |
| Acct: 6363 | | | | |
| LVNV FUNDING LLC | 651.22 | 0.00 | 0.00 | 0.00 |
| Acct: 9206 | | | | |
| LVNV FUNDING LLC | 926.57 | 0.00 | 0.00 | 0.00 |
| Acct: 8414 | | | | |
| CW NEXUS CREDIT CARD HOLDINGS I LL | 1,657.18 | 0.00 | 0.00 | 0.00 |
| Acct: 2742 | | | | |
| INTERNAL REVENUE SERVICE* | 2,124.75 | 0.00 | 0.00 | 0.00 |
| Acct: 4331 | | | | |
| VERIZON BY AMERICAN INFOSOURCE AS | 161.82 | 0.00 | 0.00 | 0.00 |
| Acct: 0001 | | | | |
| SYNCHRONY BANK** | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 1739 | | | | |
| AIS PORTFOLIO SERVICES (AMERICAN IN | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| BROCK & SCOTT PLLC* | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| FRIEDMAN VARTOLO LLP | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| HEALTH CARE SOLUTIONS | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| PA DEPARTMENT OF REVENUE* | 5,030.23 | 0.00 | 0.00 | 0.00 |
| Acct: 4331 | | | | |
| JEFFERSON CAPITAL SYSTEMS LLC(*) | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 7678 | | | | |
| QUANTUM3 GROUP LLC - AGENT FOR VE | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 9658 | | | | |

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---|---|---|---|
| | | | | 6,755.79 |

TOTAL PAID TO CREDITORS                                                                                        111,345.63

TOTAL CLAIMED
PRIORITY                28,565.47
SECURED                44,682.24
UNSECURED          173.765.87

Date: 06/17/2026

/s/ Ronda J. Winnecour

RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com