IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: | ) | Case No.: 22-21999 JAD |
| | ) | |
| Richard A. Foster and Leanne M. Foster, | ) | Chapter 7 |
| | ) | |
| Debtors. | ) | Document No.: _____ |
| | ) | |
| Charles O. Zebley, Jr., | ) | |
| | ) | |
| Trustee/Movant, | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| Richard A. Foster and Leanne M. Foster, | ) | |
| | ) | |
| Respondents. | ) | Hearing Date and Time: July 26, 2026, @ |
| | ) | 10:00 a.m. |

Certificate of Service of
Application to Appoint Realtor, Proposed Order, and Notice of Hearing

The undersigned hereby certifies that true and correct copies of the Chapter 7 Trustee's Motion to Appoint Realtor, Proposed Order, and Notice of Hearing were served the 19th day of June 2026 upon debtors, Richard A. Foster and Leanne M. Foster, 315 Hazelcroft Avenue, New Castle, PA 16105; Brian C. Thompson, Esquire, Thompson Law Group, PC, 301 Smith Drive, Suite 6, Cranberry Township, PA 16066; the United States Trustee, 1000 Liberty Avenue, Suite 1316, Pittsburgh, PA 15222; all parties and creditors listed on the Clerk's Office mailing matrix; and all creditors filing claims.

Method of Service: First class mail, postage prepaid;

Total number of parties served: 47

Date executed:  June 19, 2026

ZEBLEY LAW OFFICES

BY: /s/ Charles O. Zebley, Jr.
Charles O. Zebley, Jr., Trustee
PA I.D. No. 28980
P.O. Box 2124
Uniontown, PA 15401
(724) 439-9200
Email: COZ@Zeblaw.com