IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: | ) | Case No.: 22-21999 JAD |
| | ) | |
| Richard A. Foster and Leanne M. Foster, | ) | Chapter 7 |
| | ) | |
| Debtors. | ) | Document No.: _____ |
| | ) | |
| Charles O. Zebley, Jr., | ) | Related to Document Nos.: 230 & 236 |
| | ) | |
| Trustee/Movant, | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| Richard A. Foster and Leanne M. Foster, | ) | |
| | ) | Hearing Date and Time:  July 21, 2026, at |
| Debtors/Respondents. | ) | 10:00 a.m. |

Certification of No Objection
Regarding Trustee's Motion to Appoint Realtor

The undersigned hereby certifies that, as of the date hereof, no answer, objection or other responsive pleading to the Trustee's Motion To Appoint Realtor filed on June 19, 2026, has been received.  The undersigned further certifies that the Court's docket in this case has been reviewed and no answer, objection or other responsive pleading to the Trustee's Motion To Appoint Realtor appears thereon.  Pursuant to the Notice of Hearing, objections to the Trustee's Motion To Appoint Realtor were to be filed and served no later than July 10, 2026.

It is hereby respectfully requested that the order attached to the Trustee's Motion to Appoint Realtor be entered by the Court.

ZEBLEY LAW OFFICES


Dated: July 16, 2026                          BY /s/ Charles O. Zebley, Jr.
                                              Charles O. Zebley, Jr.
                                              PA I.D. No. 28980
                                              Zebley Law Offices
                                              P.O. Box 2124
                                              Uniontown, PA 15401
                                              (724) 439-9200