**DEFAULT O/E JAD**

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

FILED
7/16/26 12:36 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

| | |
|---|---|
| In re: ) | Case No.: 22-21999 JAD |
| ) | |
| Richard A. Foster and Leanne M. Foster, ) | Chapter 7 |
| ) | |
| Debtors. ) | Document No.: __230__ |
| ) | |
| Charles O. Zebley, Jr., ) | Related to Document No. _____ |
| ) | |
| Trustee/Movant, ) | |
| ) | |
| vs. ) | |
| ) | |
| Richard A. Foster and Leanne M. Foster, ) | |
| ) | |
| Respondents. ) | |
| ) | |

Order Approving Retention of Realtor

AND NOW, this ___16th___ day of July, 2026, upon consideration of the Motion to Appoint Realtor, it is ordered, adjudged, and decreed as follows:

1.     The above-referenced motion is hereby approved as of the date the motion was filed.

2.     Stefani Lucas and Realty ONE Group Gold Standard are hereby appointed as of the date of the filing of the motion as Realtor for the Trustee in this bankruptcy proceeding pursuant to the terms described in the listing contract attached to the motion for the purpose of acting as the Trustee's Agent in connection with the sale of real estate, being property located at 1307 North Mercer Street, New Castle, Lawrence County, Pennsylvania, having map number 01-025700.  A realtor compensation of five percent (5%) is tentatively approved, subject to final court order.

3.     Professional persons or entities performing services in the above case are advised that approval of fees for professional services will be based on other factors as well including results accomplished, the time and labor reasonably required by the applicant to perform the tasks involved, the customary fee for similar services, the time limitations imposed by the retention or the circumstances encountered while performing the services, the relationship of the services, if any, to the ultimate bid amount for the subject property, and the extent and nature of awards in similar cases.

4.      Approval of any application for appointment of a professional in which certain fees are requested is not an agreement by the Court to allow such fees in the requested amount.  Final compensation, as awarded by the court after notice and hearing, may be more or less than the requested amount based on application of the above criteria.

5.      Applicant shall serve the within Order on all interested parties and file a certificate of service.

Order Prepared by Charles O. Zebley, Jr.

BY THE COURT:

_____
Jeffery A. Deller                        **jsf**
United States Bankruptcy Judge

cc:     Charles O. Zebley, Jr.
        Richard A. and Leanne M. Foster
        Brian C. Thompson
        Stefani Lucas
        Office of the U.S. Trustee

United States Bankruptcy Court

Western District of Pennsylvania

In re:                                                                                          Case No. 22-21999-JAD

Richard A. Foster                                                                       Chapter 7

Leanne M. Foster

      Debtors

# CERTIFICATE OF NOTICE

| District/off: 0315-2 | User: auto | Page 1 of 2 |
|---|---|---|
| Date Rcvd: Jul 16, 2026 | Form ID: pdf900 | Total Noticed: 3 |

The following symbols are used throughout this certificate:

**Symbol      Definition**

+             Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 18, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Richard A. Foster, Leanne M. Foster, 315 E. Hazelcroft Avenue, New Castle, PA 16105-2177 |
| aty | + | Thompson Law Group, P.C., 301 Smith Drive, Suite 6, Cranberry Township, PA 16066-4131 |
| r | + | Stefani Lucas, Realty ONE Gold Group Standard, 375 Valley Brook Road, Suite 102, McMurray, PA 15317-3370 |

TOTAL: 3

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 18, 2026                          Signature:          /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 16, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Andrew L. Spivack | |
| | on behalf of Creditor Lakeview Loan Servicing  LLC andrew.spivack@brockandscott.com, wbecf@brockandscott.com |
| Brenda Sue Bishop | |
| | on behalf of Creditor Commonwealth of Pennsylvania Department of Revenue Bureau of Compliance bbishop@attorneygeneral.gov |
| Charles O. Zebley, Jr. | |
| | COZ@Zeblaw.com  PA67@ecfcbis.com;Lyndie@Zeblaw.com |
| Charles O. Zebley, Jr. | |
| | on behalf of Trustee Charles O. Zebley  Jr. COZ@Zeblaw.com, PA67@ecfcbis.com;Lyndie@Zeblaw.com |
| Daniel R. White | |

District/off: 0315-2                          User: auto                                          Page 2 of 2
Date Rcvd: Jul 16, 2026                       Form ID: pdf900                                     Total Noticed: 3

on behalf of Debtor Richard A. Foster r63228@notify.bestcase.com;kcostello@c-vlaw.com;ethomas@c-vlaw.com

Daniel R. White

on behalf of Joint Debtor Leanne M. Foster r63228@notify.bestcase.com;kcostello@c-vlaw.com;ethomas@c-vlaw.com

David Z. Valencik

on behalf of Debtor Richard A. Foster dvalencik@c-vlaw.com
kmosur@c-vlaw.com;ssimmons@c-vlaw.com;apratt@c-vlaw.com;ncalaiaro@c-vlaw.com;aopoku@c-vlaw.com;Valencik.DavidR
141044@notify.bestcase.com;asmith@c-vlaw.com

David Z. Valencik

on behalf of Joint Debtor Leanne M. Foster dvalencik@c-vlaw.com
kmosur@c-vlaw.com;ssimmons@c-vlaw.com;apratt@c-vlaw.com;ncalaiaro@c-vlaw.com;aopoku@c-vlaw.com;Valencik.DavidR
141044@notify.bestcase.com;asmith@c-vlaw.com

Lauren Moyer

on behalf of Creditor SN Servicing Corporation as servicer for U.S. Bank Trust National Association  as Trustee of Dwelling
Series IV Trust bkecf@friedmanvartolo.com, bankruptcy@friedmanvartolo.com

Lauren Moyer

on behalf of Creditor U.S. Bank Trust National Association  as Trustee for Pad Series IV Trust bkecf@friedmanvartolo.com,
bankruptcy@friedmanvartolo.com

Mario J. Hanyon

on behalf of Creditor Lakeview Loan Servicing  LLC wbecf@brockandscott.com, mario.hanyon@brockandscott.com

Mario J. Hanyon

on behalf of Creditor Lakeview Loan Servicing  LLC enote vesting-- Nationstar Mortgage LLC wbecf@brockandscott.com,
mario.hanyon@brockandscott.com

Matthew Fissel

on behalf of Creditor Lakeview Loan Servicing  LLC bkgroup@kmllawgroup.com, wbecf@brockandscott.com

Office of the United States Trustee

ustpregion03.pi.ecf@usdoj.gov


TOTAL: 14